B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DAOUD, OSAMA T.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**BRONICKA, KATARZYNA** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Osama Daoud; AKA Sam T. Daoud; AKA Sam Daoud; FDBA A Domani Limo Service** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9008** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6709** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2105 Brittany Ct.**<br>**Glendale Heights, IL**<br>ZIP Code **60139** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2105 Brittany Ct.**<br>**Glendale Heights, IL**<br>ZIP Code **60139** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Other | ■ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>□ Chapter 13<br><br>□ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   □ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information   *** Gregory D. Bruno *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| □ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| □ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DAOUD, OSAMA T.**<br>**BRONICKA, KATARZYNA** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Gregory D. Bruno**            **December 31, 2014**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Gregory D. Bruno** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DAOUD, OSAMA T.** **BRONICKA, KATARZYNA** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ OSAMA T. DAOUD**
Signature of Debtor **OSAMA T. DAOUD**

X **/s/ KATARZYNA BRONICKA**
Signature of Joint Debtor **KATARZYNA BRONICKA**

Telephone Number (If not represented by attorney)

**December 31, 2014**
Date

### Signature of Attorney*

X **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name

**1807 N. Broadway**
**Melrose Park, IL 60160**

Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**December 31, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **OSAMA T. DAOUD**
**KATARZYNA BRONICKA**
Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                          Page 2

&#9744; 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ OSAMA T. DAOUD**
                         **OSAMA T. DAOUD**

Date:     **December 31, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **OSAMA T. DAOUD**
**KATARZYNA BRONICKA**

Debtor(s)   Case No. _____
Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ KATARZYNA BRONICKA**
                                 **KATARZYNA BRONICKA**

Date:   **December 31, 2014**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **OSAMA T. DAOUD,**
　　　　**KATARZYNA BRONICKA**

Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　,

Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 126,630.00 | | |
| B - Personal Property | Yes | 4 | 3,308.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 196,956.30 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 68 | | 261,897.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 2,447.33 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,987.33 |
| Total Number of Sheets of ALL Schedules | | 86 | | | |
| Total Assets | | | 129,938.00 | | |
| Total Liabilities | | | | 458,853.38 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**

Case No. _____

_____,
                                    Debtors

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,447.33 |
| Average Expenses (from Schedule J, Line 22) | 2,987.33 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 1,458.88 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 70,326.30 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 261,897.08 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 332,223.38 |

B6A (Official Form 6A) (12/07)

In re    **OSAMA T. DAOUD,**                                      Case No. _____
         **KATARZYNA BRONICKA**

_____,
                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Two bedroom single-family house located at 2105 Brittany Ct., Glendale Heights IL 60139** | **Debtors are co-owners of record as tenants by the entirety** | J | 126,630.00 | 196,956.30 |

|  | Sub-Total > | 126,630.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 126,630.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
**KATARZYNA BRONICKA**
                                                                  ,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand**<br>**Location: 2105 Brittany Ct., Glendale Heights IL 60139** | **J** | **100.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**PNC Bank, Norridge, Illinois** | **J** | **200.00** |
| | | | **Checking account**<br>**PNC Bank, Norridge, Illinois** | **W** | **30.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computer (2) and printer, cell phones**<br>**Location: 2105 Brittany Ct., Glendale Heights IL 60139** | **J** | **750.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Misc. items of adult man's and adult woman's and childrens' clothing**<br>**Location: 2105 Brittany Ct., Glendale Heights IL 60139** | **J** | **1,000.00** |
| 7. | Furs and jewelry. | | **Misc. items of man's and woman's jewelry, to wit: wedding rings, earrings, necklaces, bracelets, costume jewelry items, watches**<br>**Location: 2105 Brittany Ct., Glendale Heights IL 60139** | **J** | **200.00** |

Sub-Total >    **2,280.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                        Case No. _____
         **KATARZYNA BRONICKA**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Income tax refund for tax year ending 12/31/2014 Location: 2105 Brittany Ct., Glendale Heights IL 60139** | J | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                    Case No. _____
         **KATARZYNA BRONICKA**
                                                    ,
                            Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Mazda 3 automobile; 285,000 miles; fair condition**<br>**Location: 2105 Brittany Ct., Glendale Heights IL 60139** | W | 1,028.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **1,028.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **3,308.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re  **OSAMA T. DAOUD,**  Case No. _____
      **KATARZYNA BRONICKA**
                                                    ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** Location: 2105 Brittany Ct., Glendale Heights IL 60139 | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** PNC Bank, Norridge, Illinois | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Checking account** PNC Bank, Norridge, Illinois | 735 ILCS 5/12-1001(b) | 30.00 | 30.00 |
| **Household Goods and Furnishings** **TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computer (2) and printer, cell phones** Location: 2105 Brittany Ct., Glendale Heights IL 60139 | 735 ILCS 5/12-1001(b) | 750.00 | 750.00 |
| **Wearing Apparel** **Misc. items of adult man's and adult woman's and childrens' clothing** Location: 2105 Brittany Ct., Glendale Heights IL 60139 | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** **Misc. items of man's and woman's jewelry, to wit:  wedding rings, earrings, necklaces, bracelets, costume jewelry items, watches** Location: 2105 Brittany Ct., Glendale Heights IL 60139 | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** **Income tax refund for tax year ending 12/31/2014** Location: 2105 Brittany Ct., Glendale Heights IL 60139 | 735 ILCS 5/12-1001(b) | 6,720.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2005 Mazda 3 automobile; 285,000 miles; fair condition** Location: 2105 Brittany Ct., Glendale Heights IL 60139 | 735 ILCS 5/12-1001(c) | 1,028.00 | 1,028.00 |
| | Total: | 10,028.00 | 3,308.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **OSAMA T. DAOUD,**                                         Case No. _____
       **KATARZYNA BRONICKA**
                                                          ,
                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1563061219626** <br><br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH 43224** | | W | Opened  3/15/06  Last Active  8/15/12 <br><br> old mortgage loan of record <br><br><br> Value $         **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **4097911401** <br><br> **Citi Auto** <br> **2208 Highway 121 Ste 100** <br> **Bedford, TX 76021** | | - | Opened  9/11/07  Last Active  9/01/07 <br><br> old auto loan of record <br><br><br> Value $         **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **4097911401** <br><br> **Citi Auto** <br> **2208 Highway 121 Ste 100** <br> **Bedford, TX 76021** | | H | Opened  9/11/07  Last Active  9/01/07 <br><br> old auto loan of record <br><br><br> Value $         **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **0630070039-7** <br><br> **Citi Mortgage Inc** <br> **Citibank, N.A.** <br> **PO Box 9438** <br> **Gaithersburg, MD 20898** | | W | Opened  4/03/06  Last Active 10/01/12 <br><br> second mortgage/home equity line of credit <br><br> Two bedroom single-family house located at 2105 Brittany Ct., Glendale Heights IL 60139 <br> Value $       **126,630.00** | | | | **39,532.30** | **30,794.30** |
| **4** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **39,532.30** | **30,794.30** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | | |
| | | | | C | | | | | | |
| Account No. | | | | | | | | | | |
| **American Coradius International LLC 2420 Sweet Home Road, Ste. 150 Amherst, NY 14228** | | | | | Representing: Citi Mortgage Inc | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **NCC Business Services, Inc. 9428 Baymeadows Road, Ste. 200 Jacksonville, FL 32256** | | | | | Representing: Citi Mortgage Inc | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **NCC Business Services, Inc. PO Box 23758 Jacksonville, FL 32241** | | | | | Representing: Citi Mortgage Inc | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **Real Time Resolutions, Inc. 1750 Regal Row, Ste. N Dallas, TX 75235** | | | | | Representing: Citi Mortgage Inc | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **Real Time Resolutions, Inc. 1349 Empire Central Drive, Ste. 150 Dallas, TX 75247** | | | | | Representing: Citi Mortgage Inc | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                 **0.00**        **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**
_____,    Case No. _____
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | | |
| Account No. 35060101003842 | | | | Opened 10/25/02  Last Active 10/13/05 | | | | | |
| Com Bk Lemont 1229 State Street Lemont, IL 60439 | | W | | old auto loan of record | | | | | |
| | | | | Value $         **Unknown** | | | | 0.00 | **Unknown** |
| Account No. 6470033065657 | | | | Opened  3/15/06  Last Active  4/10/13 | | | | | |
| Homeward Residential 1525 S Belt Line Rd Coppell, TX 75019 | | W | | old mortgage loan of record | | | | | |
| | | | | Value $         **Unknown** | | | | 0.00 | **Unknown** |
| Account No. 38391756 | | | | Opened  1/03/05  Last Active  1/20/10 | | | | | |
| Mazda Amer Cr 9009 Caruthers Pkwy Franklin, TN 37067 | | - | | old auto loan of record | | | | | |
| | | | | Value $         **Unknown** | | | | 0.00 | **Unknown** |
| Account No. 38391756 | | | | Opened  1/03/05  Last Active  1/20/10 | | | | | |
| Mazda Amer Cr 9009 Caruthers Pkwy Franklin, TN 37067 | | J | | old auto loan of record | | | | | |
| | | | | Value $         **Unknown** | | | | 0.00 | **Unknown** |
| Account No. 7146182451 | | | | Opened  3/15/06  Last Active 10/13/14 | | | | | |
| Ocwen Loan Servicing LLC 12650 Ingenuity Drive Orlando, FL 32826 | | W | | first mortgage<br><br>Two bedroom single-family house located at 2105 Brittany Ct., Glendale Heights IL 60139 | | | | | |
| | | | | Value $         **126,630.00** | | | | **117,892.00** | 0.00 |

Sheet  **2**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
| --- | --- |
| **117,892.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**
　　　**KATARZYNA BRONICKA**　　　　　　　　　　Case No. _____

_____,
　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | W J C | | | | | | | |
| Account No. **7146182451** | | | | | **Opened  3/15/06  Last Active 11/06/13**<br><br>**old mortgage loan of record** | | | | | |
| **Ocwen Loan Servicing LLC**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50702** | | | W | | | | | | | |
| | | | | | Value $　　　**Unknown** | | | | **0.00** | **Unknown** |
| Account No. **630070039** | | | | | **on or about 2012 - 2014**<br><br>**second mortgage/home equity line of credit**<br>**Two bedroom single-family house located at 2105 Brittany Ct., Glendale Heights IL 60139** | | | | | |
| **Real Time Resolutions, Inc.**<br>**1349 Empire Central Drive, Ste. 150**<br>**Dallas, TX 75247** | | | J | | | | | | | |
| | | | | | Value $　　　**126,630.00** | | | | **39,532.00** | **39,532.00** |
| Account No. | | | | | | | | | | |
| **Real Time Resolutions, Inc.**<br>**1750 Regal Row, Ste. N**<br>**Dallas, TX 75235** | | | | | **Representing:**<br>**Real Time Resolutions, Inc.** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **30000167055551000** | | | | | **Opened  9/25/07  Last Active  6/01/09**<br><br>**old auto loan of record** | | | | | |
| **Santander Consumer USA**<br>**8585 N Stemmons Fwy Ste**<br>**Dallas, TX 75247** | | | - | | | | | | | |
| | | | | | Value $　　　**Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | | | | | | | | |
| **Jefferson Capital Systems**<br>**16 Mcleland Road**<br>**Saint Cloud, MN 56303** | | | | | **Representing:**<br>**Santander Consumer USA** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

Sheet ___**3**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**39,532.00**　　　**39,532.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
          **KATARZYNA BRONICKA**                                    Case No. _____
_____,
                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 30000167055551000 | | | Opened 9/25/07  Last Active 9/26/12 | | | | | |
| **Santander Consumer USA** **PO Box 961245** **Ft Worth, TX 76161** | | H | old auto loan of record | | | | | |
| | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **196,956.30** | **70,326.30** |

B6E (Official Form 6E) (4/13)

In re   **OSAMA T. DAOUD,**                          Case No. _____
    **KATARZYNA BRONICKA**
                                                              ,
    _____
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **OSAMA T. DAOUD,**
       **KATARZYNA BRONICKA**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9215**<br><br>**1st Family Dental of Arlington Hts**<br>**1235 N. Rand Road**<br>**Arlington Heights, IL 60004** | | J | on or about 2009 - 2011<br>**Dental services** | | | | 902.82 |
| Account No.<br><br>**Robert R. Mucci**<br>**Attorney at Law**<br>**PO Box 190**<br>**West Chicago, IL 60186** | | | Representing:<br>**1st Family Dental of Arlington Hts** | | | | **Notice Only** |
| Account No.<br><br>**Acute Care Specialists II, Ltd.**<br>**701 Winthrop Avenue**<br>**Glendale Heights, IL 60139** | | J | on or about 2009<br>**Medical services** | | | | 953.00 |
| Account No.<br><br>**Acute Care Specialists II, Ltd.**<br>**PO Box 366**<br>**Hinsdale, IL 60522** | | | Representing:<br>**Acute Care Specialists II, Ltd.** | | | | **Notice Only** |

__67__ continuation sheets attached

Subtotal
(Total of this page)                    **1,855.82**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      S/N:31062-141201   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Acute Care Specialists II, Ltd. 75 Remittance Drive, Ste. 1583 Chicago, IL 60675 | | | Representing: Acute Care Specialists II, Ltd. | | | | Notice Only |
| Account No. | | | | | | | |
| Creditors Collection Bureau, Inc. PO Box 63 151 N. Schuyler Avenue Kankakee, IL 60901 | | | Representing: Acute Care Specialists II, Ltd. | | | | Notice Only |
| Account No. | | | | | | | |
| Merchants Credit Guide Company 223 W. Jackson Blvd., Ste. 4 Chicago, IL 60606 | | | Representing: Acute Care Specialists II, Ltd. | | | | Notice Only |
| Account No. | | | | | | | |
| Merchants' Credit Guide Company 223 W. Jackson Blvd., #700 Chicago, IL 60606 | | | Representing: Acute Care Specialists II, Ltd. | | | | Notice Only |
| Account No. 001 6759 | | J | on or about 2010 Medical services | | | | |
| Acute Care Specialists II, Ltd. 701 Winthrop Avenue Glendale Heights, IL 60139 | | | | | | | 760.00 |

Sheet no. __1__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

760.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**            Case No. _____
       **KATARZYNA BRONICKA**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Acute Care Specialists II, Ltd.** **PO Box 366** **Hinsdale, IL 60522** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Acute Care Specialists II, Ltd.** **75 Remittance Drive, Ste. 1583** **Chicago, IL 60675** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Creditors Collection Bureau, Inc.** **PO Box 63** **151 N. Schuyler Avenue** **Kankakee, IL 60901** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Merchants Credit Guide Company** **223 W. Jackson Blvd., Ste. 4** **Chicago, IL 60606** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Merchants' Credit Guide Company** **223 W. Jackson Blvd., #700** **Chicago, IL 60606** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |

Sheet no. __2__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**                                              Case No. _____
        **KATARZYNA BRONICKA**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Acute Care Specialists II, Ltd. 701 Winthrop Avenue Glendale Heights, IL 60139** | | J | | on or about 2008 - 2009 Medical services | | | | **411.00** |
| Account No. **Acute Care Specialists II, Ltd. PO Box 366 Hinsdale, IL 60522** | | | | Representing: Acute Care Specialists II, Ltd. | | | | **Notice Only** |
| Account No. **Acute Care Specialists II, Ltd. 75 Remittance Drive, Ste. 1583 Chicago, IL 60675** | | | | Representing: Acute Care Specialists II, Ltd. | | | | **Notice Only** |
| Account No. **Creditors Collection Bureau, Inc. PO Box 63 151 N. Schuyler Avenue Kankakee, IL 60901** | | | | Representing: Acute Care Specialists II, Ltd. | | | | **Notice Only** |
| Account No. **Merchants Credit Guide Company 223 W. Jackson Blvd., Ste. 4 Chicago, IL 60606** | | | | Representing: Acute Care Specialists II, Ltd. | | | | **Notice Only** |

Sheet no. __3__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **411.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**
                                                     ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Merchants' Credit Guide Company** **223 W. Jackson Blvd., #700** **Chicago, IL 60606** | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | on or about 2008 - 2009 **Medical services** | | | | |
| **Acute Care Specialists II, Ltd.** **701 Winthrop Avenue** **Glendale Heights, IL 60139** | | J | | | | | **120.00** |
| Account No. | | | | | | | |
| **Acute Care Specialists II, Ltd.** **PO Box 366** **Hinsdale, IL 60522** | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Acute Care Specialists II, Ltd.** **75 Remittance Drive, Ste. 1583** **Chicago, IL 60675** | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Creditors Collection Bureau, Inc.** **PO Box 63** **151 N. Schuyler Avenue** **Kankakee, IL 60901** | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |

Sheet no. __4__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**
       **KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Merchants Credit Guide Company** **223 W. Jackson Blvd., Ste. 4** **Chicago, IL 60606** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Merchants' Credit Guide Company** **223 W. Jackson Blvd., #700** **Chicago, IL 60606** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. 001 6759 | | | | on or about 2010 **Medical services** | | | | |
| **Acute Care Specialists II, Ltd.** **701 Winthrop Avenue** **Glendale Heights, IL 60139** | | J | | | | | | **800.00** |
| Account No. | | | | | | | | |
| **Acute Care Specialists II, Ltd.** **PO Box 366** **Hinsdale, IL 60522** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Acute Care Specialists II, Ltd.** **75 Remittance Drive, Ste. 1583** **Chicago, IL 60675** | | | | Representing: **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |

Sheet no. __5__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**
      **KATARZYNA BRONICKA**
                                         ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>**Creditors Collection Bureau, Inc.**<br>**PO Box 63**<br>**151 N. Schuyler Avenue**<br>**Kankakee, IL 60901** | | | | **Representing:**<br>**Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| **Account No.**<br><br>**Merchants Credit Guide Company**<br>**223 W. Jackson Blvd., Ste. 4**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| **Account No.**<br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| **Account No.**<br><br>**Acute Care Specialists II, Ltd.**<br>**701 Winthrop Avenue**<br>**Glendale Heights, IL 60139** | | J | | on or about 2009 - 2011<br>Medical services | | | | **40.00** |
| **Account No.**<br><br>**Acute Care Specialists II, Ltd.**<br>**PO Box 366**<br>**Hinsdale, IL 60522** | | | | **Representing:**<br>**Acute Care Specialists II, Ltd.** | | | | **Notice Only** |

Sheet no. __6___ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
            (Total of this page)        **40.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                      Case No. _____
         **KATARZYNA BRONICKA**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Acute Care Specialists II, Ltd.** <br> **75 Remittance Drive, Ste. 1583** <br> **Chicago, IL 60675** | | | **Representing:** <br> **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. <br><br> **Creditors Collection Bureau, Inc.** <br> **PO Box 63** <br> **151 N. Schuyler Avenue** <br> **Kankakee, IL 60901** | | | **Representing:** <br> **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. <br><br> **Merchants Credit Guide Company** <br> **223 W. Jackson Blvd., Ste. 4** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. <br><br> **Merchants' Credit Guide Company** <br> **223 W. Jackson Blvd., #700** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. **various** <br><br> **Acute Care Specialists II, Ltd.** <br> **701 Winthrop Avenue** <br> **Glendale Heights, IL 60139** | | J | **on or about various dates** <br> **Medical services** | | | | **Unknown** |

Sheet no. __7__ of __67__ sheets attached to Schedule of              Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                         Case No. _____
         **KATARZYNA BRONICKA**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Acute Care Specialists II, Ltd.** **PO Box 366** **Hinsdale, IL 60522** | | | | **Representing:** **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Acute Care Specialists II, Ltd.** **75 Remittance Drive, Ste. 1583** **Chicago, IL 60675** | | | | **Representing:** **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Creditors Collection Bureau, Inc.** **PO Box 63** **151 N. Schuyler Avenue** **Kankakee, IL 60901** | | | | **Representing:** **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Merchants Credit Guide Company** **223 W. Jackson Blvd., Ste. 4** **Chicago, IL 60606** | | | | **Representing:** **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Merchants' Credit Guide Company** **223 W. Jackson Blvd., #700** **Chicago, IL 60606** | | | | **Representing:** **Acute Care Specialists II, Ltd.** | | | | **Notice Only** |

Sheet no. __8__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
      **KATARZYNA BRONICKA**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2101638**<br><br>**Adventist GlenOaks Hospital**<br>**701 Winthrop Avenue**<br>**Glendale Heights, IL 60139** | | J | on or about 2010<br>**Medical services** | | | | **2,229.84** |
| Account No.<br><br>**Adventist GlenOaks Hospital**<br>**33850 Treasury Center**<br>**Chicago, IL 60694** | | | Representing:<br>**Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Adventist GlenOaks Hospital**<br>**75 Remittance Drive, Ste. 3125**<br>**Chicago, IL 60675** | | | Representing:<br>**Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Law Offices of Neil J. Greene, LLC**<br>**250 Parkway Drive, Ste. 280**<br>**Lincolnshire, IL 60069** | | | Representing:<br>**Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Medical Services of Chattanooga Inc**<br>**2810 Walker Road**<br>**Chattanooga, TN 37421** | | | Representing:<br>**Adventist GlenOaks Hospital** | | | | **Notice Only** |

Sheet no. __9___ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,229.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**
     **KATARZYNA BRONICKA**                              Case No. _____

_____,
                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Merchants Credit Guide Company** <br>**223 W. Jackson Blvd., Ste. 4** <br>**Chicago, IL 60606** | | | **Representing:** <br>**Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Merchants' Credit Guide Company** <br>**223 W. Jackson Blvd., #700** <br>**Chicago, IL 60606** | | | **Representing:** <br>**Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Adventist GlenOaks Hospital** <br>**701 Winthrop Avenue** <br>**Glendale Heights, IL 60139** | J | | **on or about 2010** <br>**Medical services** | | | | **900.00** |
| Account No. <br><br>**Adventist GlenOaks Hospital** <br>**33850 Treasury Center** <br>**Chicago, IL 60694** | | | **Representing:** <br>**Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Adventist GlenOaks Hospital** <br>**75 Remittance Drive, Ste. 3125** <br>**Chicago, IL 60675** | | | **Representing:** <br>**Adventist GlenOaks Hospital** | | | | **Notice Only** |

Sheet no. __**10**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **900.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Law Offices of Neil J. Greene, LLC** **250 Parkway Drive, Ste. 280** **Lincolnshire, IL 60069** | | | | Representing: Adventist GlenOaks Hospital | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Medical Services of Chattanooga Inc** **2810 Walker Road** **Chattanooga, TN 37421** | | | | Representing: Adventist GlenOaks Hospital | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Merchants Credit Guide Company** **223 W. Jackson Blvd., Ste. 4** **Chicago, IL 60606** | | | | Representing: Adventist GlenOaks Hospital | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Merchants' Credit Guide Company** **223 W. Jackson Blvd., #700** **Chicago, IL 60606** | | | | Representing: Adventist GlenOaks Hospital | | | | **Notice Only** |
| Account No. 354989008 | | J | | on or about 2010 Medical services | | | | |
| **Adventist GlenOaks Hospital** **701 Winthrop Avenue** **Glendale Heights, IL 60139** | | | | | | | | **5,149.84** |

Sheet no. __11__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,149.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**      Case No. _____
      **KATARZYNA BRONICKA**

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Adventist GlenOaks Hospital** <br> **33850 Treasury Center** <br> **Chicago, IL 60694** | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Adventist GlenOaks Hospital** <br> **75 Remittance Drive, Ste. 3125** <br> **Chicago, IL 60675** | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Law Offices of Neil J. Greene, LLC** <br> **250 Parkway Drive, Ste. 280** <br> **Lincolnshire, IL 60069** | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Medical Services of Chattanooga Inc** <br> **2810 Walker Road** <br> **Chattanooga, TN 37421** | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Merchants Credit Guide Company** <br> **223 W. Jackson Blvd., Ste. 4** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |

Sheet no. __12__ of __67__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                        Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Merchants' Credit Guide Company** <br> **223 W. Jackson Blvd., #700** <br> **Chicago, IL 60606** | | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. **various** <br><br> **Adventist GlenOaks Hospital** <br> **701 Winthrop Avenue** <br> **Glendale Heights, IL 60139** | | J | | **on or about various dates** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Adventist GlenOaks Hospital** <br> **33850 Treasury Center** <br> **Chicago, IL 60694** | | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Adventist GlenOaks Hospital** <br> **75 Remittance Drive, Ste. 3125** <br> **Chicago, IL 60675** | | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Law Offices of Neil J. Greene, LLC** <br> **250 Parkway Drive, Ste. 280** <br> **Lincolnshire, IL 60069** | | | | **Representing:** <br> **Adventist GlenOaks Hospital** | | | | **Notice Only** |

Sheet no. __**13**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**
        **KATARZYNA BRONICKA**                                    Case No. _____

_____,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Medical Services of Chattanooga Inc**<br>**2810 Walker Road**<br>**Chattanooga, TN 37421** | | | | Representing:<br>Adventist GlenOaks Hospital | | | | **Notice Only** |
| Account No. <br><br>**Merchants Credit Guide Company**<br>**223 W. Jackson Blvd., Ste. 4**<br>**Chicago, IL 60606** | | | | Representing:<br>Adventist GlenOaks Hospital | | | | **Notice Only** |
| Account No. <br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | | Representing:<br>Adventist GlenOaks Hospital | | | | **Notice Only** |
| Account No. **630 351-1111 923 8**<br><br>**AT&T**<br>**32 Avenue of the Americas**<br>**New York, NY 10013** | | J | | **on or about 2008 - 2010**<br>**Claim for balance due on telephone service account** | | | | **369.77** |
| Account No. <br><br>**Alliant Law Group, P.C.**<br>**PO Box 468569**<br>**Atlanta, GA 31146** | | | | Representing:<br>AT&T | | | | **Notice Only** |

Sheet no. __14__ of __67__ sheets attached to Schedule of                              Subtotal             **369.77**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
     **KATARZYNA BRONICKA**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** | | | **Representing:**<br>**AT&T** | | | | **Notice Only** |
| Account No. <br><br>**AT&T**<br>**Payment Processing Center - 27**<br>**PO Box 55126**<br>**Boston, MA 02205** | | | **Representing:**<br>**AT&T** | | | | **Notice Only** |
| Account No. **232043187400**<br><br>**AT&T Mobility**<br>**PO Box 6416**<br>**Carol Stream, IL 60197** | J | | **on or about 2012 - 2014**<br>**Claim for balance due on telephone service account** | | | | **1,678.08** |
| Account No. <br><br>**AT&T**<br>**32 Avenue of the Americas**<br>**New York, NY 10013** | | | **Representing:**<br>**AT&T Mobility** | | | | **Notice Only** |
| Account No. <br><br>**AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** | | | **Representing:**<br>**AT&T Mobility** | | | | **Notice Only** |

Sheet no. __**15**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,678.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
    **KATARZYNA BRONICKA**                                Case No. _____

_____,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AT&T** <br>**Payment Processing Center - 27** <br>**PO Box 55126** <br>**Boston, MA 02205** | | | Representing: <br>AT&T Mobility | | | | **Notice Only** |
| Account No. <br><br>**AT&T Mobility** <br>**c/o Afni, Inc.** <br>**P.O. Box 3427** <br>**Bloomington, IL 61702** | | | Representing: <br>AT&T Mobility | | | | **Notice Only** |
| Account No. <br><br>**AT&T Mobility** <br>**c/o CBCS** <br>**PO Box 2589** <br>**Columbus, OH 43216** | | | Representing: <br>AT&T Mobility | | | | **Notice Only** |
| Account No. <br><br>**Sunrise Credit Services, Inc.** <br>**PO Box 9100** <br>**Farmingdale, NY 11735** | | | Representing: <br>AT&T Mobility | | | | **Notice Only** |
| Account No. 4339930029586700 <br><br>**Bank of America** <br>**PO Box 15311** <br>**Wilmington, DE 19884** | - | | **Opened  1/29/08  Last Active  6/01/09** <br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **4,200.00** |

Sheet no. __16__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **OSAMA T. DAOUD,**
          **KATARZYNA BRONICKA**
                                                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BMO Harris Bank** <br> **1335 W. Lake Street** <br> **Addison, IL 60101** | | J | | | **on or about October, 2014** <br> **Claim for balance of account overdraft** | | | | 78.00 |
| Account No. **5407915008114842** <br><br> **Cap One** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | H | | | **Opened  6/29/03  Last Active  2/13/06** <br> **Credit Card** | | | | 0.00 |
| Account No. **5178052161226341** <br><br> **Cap One Na** <br> **Po Box 26625** <br> **Richmond, VA 23261** | | - | | | **Opened  3/11/02  Last Active  3/28/05** <br> **Credit account** | | | | 0.00 |
| Account No. **5178052161226341** <br><br> **Cap One Na** <br> **Po Box 26625** <br> **Richmond, VA 23261** | | H | | | **Opened  3/11/02  Last Active  3/28/05** <br> **Credit Card** | | | | 0.00 |
| Account No. **5178057314763272** <br><br> **Capital One Bank (USA), N.A.** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | W | | | **Opened 11/10/07  Last Active  1/01/13** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 6,179.00 |

Sheet no. __17__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,257.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**                                     Case No. _____
        **KATARZYNA BRONICKA**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Freedman Anselmo Lindberg LLC** **1807 W. Diehl Road, Ste. 333** **P.O. Box 3228** **Naperville, IL 60566** | | | Representing: **Capital One Bank (USA), N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Freedman Anselmo Lindberg LLC** **1771 W. Diehl Road, Ste. 150** **PO Box 3228** **Naperville, IL 60566** | | | Representing: **Capital One Bank (USA), N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **United Recovery Systems, LP** **P.O. Box 722929** **Houston, TX 77272** | | | Representing: **Capital One Bank (USA), N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **United Recovery Systems, LP** **P.O. Box 722910** **Houston, TX 77272** | | | Representing: **Capital One Bank (USA), N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Capital One Bank (USA), N.A.** **P.O. Box 85520** **Richmond, VA 23285** | | J | on or about 6/9/2014 **Judgment entered against Debtor wife for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Du Page County, Illinois, Case No. 2014-SR-000832** | | | | **5,683.45** |

Sheet no. __18__ of __67__ sheets attached to Schedule of     Subtotal          | **5,683.45**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page) |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**                                    Case No. _____
        **KATARZYNA BRONICKA**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Freedman Anselmo Lindberg LLC** <br> **1807 W. Diehl Road, Ste. 333** <br> **P.O. Box 3228** <br> **Naperville, IL 60566** | | | | **Representing:** <br> **Capital One Bank (USA), N.A.** | | | | **Notice Only** |
| Account No. <br><br> **Freedman Anselmo Lindberg LLC** <br> **1771 W. Diehl Road, Ste. 150** <br> **PO Box 3228** <br> **Naperville, IL 60566** | | | | **Representing:** <br> **Capital One Bank (USA), N.A.** | | | | **Notice Only** |
| Account No. <br><br> **United Recovery Systems, LP** <br> **P.O. Box 722929** <br> **Houston, TX 77272** | | | | **Representing:** <br> **Capital One Bank (USA), N.A.** | | | | **Notice Only** |
| Account No. <br><br> **United Recovery Systems, LP** <br> **P.O. Box 722910** <br> **Houston, TX 77272** | | | | **Representing:** <br> **Capital One Bank (USA), N.A.** | | | | **Notice Only** |
| Account No. 16273744 <br><br> **Cavalry Portfolio Services, LLC** <br> **Cavalry SPV II, LLC** <br> **PO Box 27288** <br> **Tempe, AZ 85285** | | H | | **Opened 2/20/13 Last Active 12/01/08** <br> **Collection on account for and/or acquired** <br> **from GE Money Bank** | | | | **295.74** |

Sheet no. __19__ of __67__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page) | **295.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                     Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7714210237300314** <br><br> **Cavalry SPV II, LLC** <br> **c/o Cavalry Portfolio Services, LLC** <br> **PO Box 27288** <br> **Tempe, AZ 85285** | | J | | **on or about 2003 - 2014** <br> **Claim for balance due on account for and/or acquired from GE Money Bank / Sam's Club** | | | | **295.74** |
| Account No. <br><br> **Cavalry Investments, LLC** <br> **7 Skyline Drive, 3rd Floor** <br> **Hawthorne, NY 10532** | | | | **Representing:** <br> **Cavalry SPV II, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Cavalry Portfolio Service** <br> **7 Skyline Drive,  Ste. 3** <br> **Hawthorne, NY 10532** | | | | **Representing:** <br> **Cavalry SPV II, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Cavalry Portfolio Service** <br> **500 Summit Lake Drive** <br> **Valhalla, NY 10595** | | | | **Representing:** <br> **Cavalry SPV II, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Cavalry Portfolio Service** <br> **500 Summit Lake Drive** <br> **Valhalla, NY 10595** | | | | **Representing:** <br> **Cavalry SPV II, LLC** | | | | **Notice Only** |

Sheet no. __**20**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **295.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**
        **KATARZYNA BRONICKA**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **LTD Financial Services, L.P.** <br> **7322 Southwest Freeway, Ste. 1600** <br> **Houston, TX 77074** | | | | **Representing:** <br> **Cavalry SPV II, LLC** | | | | **Notice Only** |
| Account No. **4266841085739116** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | | **Opened  3/07/06  Last Active 10/22/07** <br> **Credit account** | | | | 0.00 |
| Account No. **4266841022741647** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | W | | **Opened 12/29/04  Last Active 11/13/07** <br> **Credit Card** | | | | 0.00 |
| Account No. **4266841085739116** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | H | | **Opened  3/07/06  Last Active 10/22/07** <br> **Credit Card** | | | | 0.00 |
| Account No. **4266841171350984** <br><br> **Chase / Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | - | | | **Opened  3/26/08  Last Active 10/01/08** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 7,094.00 |

Sheet no. __21__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,094.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**    Case No. _____
**KATARZYNA BRONICKA**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4185866224633670** | | | W | **Opened 5/16/05 Last Active 12/01/12 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | |
| **Chase / Chase Bank USA, N.A.** **Attn: Bankruptcy Dept.** **P.O. Box 15298** **Wilmington, DE 19850** | | | | | | | | **1,053.89** |
| Account No. | | | | | | | | |
| **ARS National Services, Inc.** **P.O. Box 463023** **Escondido, CA 92046** | | | | **Representing:** **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **ARS National Services, Inc.** **P.O. Box 469047** **Escondido, CA 92046** | | | | **Representing:** **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **MRS Associates of New Jersey** **MRS Associates, Inc.** **1930 Olney Avenue** **Cherry Hill, NJ 08003** | | | | **Representing:** **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **United Collection Bureau, Inc.** **5620 Southwyck Blvd., Ste. 206** **Toledo, OH 43614** | | | | **Representing:** **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |

Sheet no. __22__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,053.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                                         Case No. _____
      **KATARZYNA BRONICKA**

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**United Collection Bureau, Inc.**<br>**PO Box 140310**<br>**Toledo, OH 43614** | | | Representing:<br>**Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. **5424180684283267** <br><br>**Citi / Citibank, N.A.**<br>**Citi MasterCard**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | W | **Opened 5/24/07  Last Active 10/16/12**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **5,511.73** |
| Account No. <br><br>**ARS National Services, Inc.**<br>**P.O. Box 463023**<br>**Escondido, CA 92046** | | | Representing:<br>**Citi / Citibank, N.A.** | | | | **Notice Only** |
| Account No. <br><br>**ARS National Services, Inc.**<br>**P.O. Box 469047**<br>**Escondido, CA 92046** | | | Representing:<br>**Citi / Citibank, N.A.** | | | | **Notice Only** |
| Account No. <br><br>**Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**Saint Charles, MO 63301** | | | Representing:<br>**Citi / Citibank, N.A.** | | | | **Notice Only** |

Sheet no. __**23**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal                    | **5,511.73**
                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                      Case No. _____
         **KATARZYNA BRONICKA**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Estate Information Services, LLC d/b/a EIS Collections PO Box 1730 Reynoldsburg, OH 43068** | | | | **Representing: Citi / Citibank, N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **FMS, Inc. PO Box 707601 Tulsa, OK 74170** | | | | **Representing: Citi / Citibank, N.A.** | | | | **Notice Only** |
| Account No.  30000167055551000 | | | | on or about 2005 - 2014 **Claim for balance due on credit account** | | | | |
| **Citi-Serv Auto Loan c/o Santander Consumer USA PO Box 961245 Ft. Worth, TX 76161** | J | | | | | | | **28,320.87** |
| Account No. | | | | | | | | |
| **Praxis Financial Solutions, Inc. 7301 N. Lincoln Avenue, Ste. 220 Lincolnwood, IL 60712** | | | | **Representing: Citi-Serv Auto Loan** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Santander Consumer USA 8585 N Stemmons Fwy Ste Dallas, TX 75247** | | | | **Representing: Citi-Serv Auto Loan** | | | | **Notice Only** |

Sheet no. __24__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **28,320.87**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
         **KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Santander Consumer USA** <br> **Attn:  Bankruptcy Dept.** <br> **P.O. Box 560284** <br> **Dallas, TX 75356** | | | **Representing:** <br> **Citi-Serv Auto Loan** | | | | **Notice Only** |
| Account No. <br><br> **Santander Consumer USA** <br> **PO Box 105255** <br> **Atlanta, GA 30348** | | | **Representing:** <br> **Citi-Serv Auto Loan** | | | | **Notice Only** |
| Account No. **56530024** <br><br> **City of Chicago** <br> **Department of Revenue** <br> **PO Box 88292** <br> **Chicago, IL 60680** | J | | **on or about 2009 - 2014** <br> **Claim for balance due on account** | | | | **61.00** |
| Account No. <br><br> **Linebarger Goggan Blair & Simpson** <br> **PO Box 06268** <br> **Chicago, IL 60606** | | | **Representing:** <br> **City of Chicago** | | | | **Notice Only** |
| Account No. <br><br> **Linebarger Goggan Blair & Simpson** <br> **PO Box 06152** <br> **Chicago, IL 60606** | | | **Representing:** <br> **City of Chicago** | | | | **Notice Only** |

Sheet no. __**25**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**61.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**    Case No. _____
   **KATARZYNA BRONICKA**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4447962247797701** <br><br> **Credit One Bank N.A.** <br> **PO Box 98875** <br> **Las Vegas, NV 89193** | | W | Opened 3/13/14 Last Active 4/01/14 <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 674.00 |
| Account No. **3160553** <br><br> **Creditors Collection Bureau, Inc.** <br> **PO Box 63** <br> **151 N. Schuyler Avenue** <br> **Kankakee, IL 60901** | | - | Opened 8/07/09 <br> **Collection on account for and/or acquired from Acute Care Specialists** | | | | 953.00 |
| Account No. **3160553** <br><br> **Creditors Collection Bureau, Inc.** <br> **PO Box 63** <br> **151 N. Schuyler Avenue** <br> **Kankakee, IL 60901** | | H | Opened 8/07/09 <br> **Collection on account for and/or acquired from Acute Care Specialists** | | | | 953.00 |
| Account No. **969505D92215** <br><br> **Dependon Collection Service, Inc.** <br> **P.O. Box 4833** <br> **Oak Brook, IL 60522** | | H | Opened 7/16/10 <br> **Collection on account for and/or acquired from Attorney Suburban Radiologists, SC** | | | | 330.00 |
| Account No. **900000320074711** <br><br> **Dept Of Education/Neln** <br> **121 S 13th St** <br> **Lincoln, NE 68508** | | H | Opened 9/11/12 Last Active 11/01/14 <br> **Educational loan** | | | | 6,000.00 |

Sheet no. __26__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,910.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**
        **KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **900000424396912** | | H | | Opened 9/30/13 Last Active 11/01/14 Educational loan | | | | |
| Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | | | | 5,813.00 |
| Account No. **900000320074611** | | H | | Opened 9/11/12 Last Active 11/01/14 Educational loan | | | | |
| Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | | | | 3,500.00 |
| Account No. **900000424397012** | | H | | Opened 9/30/13 Last Active 11/01/14 Educational loan | | | | |
| Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | | | | 3,391.00 |
| Account No. **900000296179111** | | H | | Opened 4/17/12 Last Active 11/01/14 Educational loan | | | | |
| Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | | | | 3,000.00 |
| Account No. **900000469296512** | | H | | Opened 9/29/14 Last Active 11/01/14 Educational loan | | | | |
| Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | | | | | | | 3,000.00 |

Sheet no. __27__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,704.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**                                                   Case No. _____
    **KATARZYNA BRONICKA**

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **900000469296412** <br><br> **Dept Of Education/Neln** <br>**121 S 13th St** <br>**Lincoln, NE 68508** | | H | | Opened 9/29/14 Last Active 11/01/14 <br>**Educational loan** | | | | 2,250.00 |
| Account No. **900000296179011** <br><br> **Dept Of Education/Neln** <br>**121 S 13th St** <br>**Lincoln, NE 68508** | | H | | Opened 4/17/12 Last Active 11/01/14 <br>**Educational loan** | | | | 1,750.00 |
| Account No. <br><br> **Elk Grove Lab Physicians, P.C.** <br>**800 Biesterfield Road** <br>**Elk Grove Village, IL 60007** | | J | | on or about 2010 <br>**Medical services** | | | | 29.00 |
| Account No. <br><br> **Elk Grove Lab Physicians, P.C.** <br>**PO Box 77-9154** <br>**Dept. 77-9154** <br>**Chicago, IL 60678** | | | | Representing: <br>**Elk Grove Lab Physicians, P.C.** | | | | Notice Only |
| Account No. <br><br> **Harvard Collection Services, Inc.** <br>**4839 N. Elston Avenue** <br>**Chicago, IL 60630** | | | | Representing: <br>**Elk Grove Lab Physicians, P.C.** | | | | Notice Only |

Sheet no. __28__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          4,029.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                    Case No. _____
         **KATARZYNA BRONICKA**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 052-0437196-000 <br><br> **First Data Global Leasing** <br> **PO Box 173845** <br> **Denver, CO 80217** | J | | | on or about 2008 - 2010 <br> Claim for balance due on account | | | | 2,321.04 |
| Account No. <br><br> **McCarthy, Burgess & Wolff** <br> **26000 Cannon Road** <br> **Cleveland, OH 44146** | | | | Representing: <br> First Data Global Leasing | | | | Notice Only |
| Account No. 7714210237300314 <br><br> **GE Money Bank / Sam's Club** <br> **PO Box 981400** <br> **El Paso, TX 79998** | - | | | Opened 6/08/03  Last Active 1/01/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 273.87 |
| Account No. <br><br> **Cavalry Portfolio Services, LLC** <br> **PO Box 27288** <br> **Tempe, AZ 85285** | | | | Representing: <br> GE Money Bank / Sam's Club | | | | Notice Only |
| Account No. <br><br> **Cavalry SPV II, LLC** <br> **c/o Cavalry Portfolio Services, LLC** <br> **PO Box 27288** <br> **Tempe, AZ 85285** | | | | Representing: <br> GE Money Bank / Sam's Club | | | | Notice Only |

Sheet no. __29__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,594.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
      **KATARZYNA BRONICKA**
                                                    Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LTD Financial Services, L.P. 7322 Southwest Freeway, Ste. 1600 Houston, TX 77074** | | | **Representing: GE Money Bank / Sam's Club** | | | | **Notice Only** |
| Account No. **Paragon Way Inc. 2101 W. Ben White Blvd. Austin, TX 78704** | | | **Representing: GE Money Bank / Sam's Club** | | | | **Notice Only** |
| Account No. **Pentagroup Financial, LLC 3065 Union Road Orchard Park, NY 14127** | | | **Representing: GE Money Bank / Sam's Club** | | | | **Notice Only** |
| Account No. **Precision Recovery Analytics, Inc. 7500 Rialto Blvd., Bldg 1, Ste. 100 Austin, TX 78735** | | | **Representing: GE Money Bank / Sam's Club** | | | | **Notice Only** |
| Account No. **Redline Recovery Services, LLC 11675 Rainwater Drive, Ste. 350 Alpharetta, GA 30009** | | | **Representing: GE Money Bank / Sam's Club** | | | | **Notice Only** |

Sheet no. __**30**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                    (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **6032203480885655**<br><br>**GE Money Bank / Walmart**<br>**PO Box 981400**<br>**El Paso, TX 79998** | - | | | **Opened  9/26/03  Last Active 12/01/08**<br>**Misc. credit card purchases for food, clothes,**<br>**gas, household goods and/or various sundry**<br>**items.** | | | | **720.57** |
| Account No.<br><br>**Frontline Asset Strategies, LLC**<br>**1935 West County Road, B2**<br>**Suite 425**<br>**Roseville, MN 55113** | | | | **Representing:**<br>**GE Money Bank / Walmart** | | | | **Notice Only** |
| Account No.<br><br>**Greystone Alliance LLC**<br>**PO Box 1810**<br>**Buffalo, NY 14240** | | | | **Representing:**<br>**GE Money Bank / Walmart** | | | | **Notice Only** |
| Account No.<br><br>**Greystone Alliance LLC**<br>**33 Dodge Road, Ste. 106**<br>**Getzville, NY 14068** | | | | **Representing:**<br>**GE Money Bank / Walmart** | | | | **Notice Only** |
| Account No.<br><br>**Stellar Recovery Inc.**<br>**1327 U.S. Highway 2, West**<br>**Suite 100**<br>**Kalispell, MT 59901** | | | | **Representing:**<br>**GE Money Bank / Walmart** | | | | **Notice Only** |

Sheet no. __**31**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**720.57**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
         **KATARZYNA BRONICKA**
                                                                    ,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stellar Recovery Inc.**<br>**1845 U.S. Highway 93 S, #310**<br>**Kalispell, MT 59901** | | | | **Representing:**<br>**GE Money Bank / Walmart** | | | | **Notice Only** |
| Account No.<br><br>**Stellar Recovery, Inc.**<br>**1845 US Hwy South, Ste. 310**<br>**Kalispell, MT 59901** | | | | **Representing:**<br>**GE Money Bank / Walmart** | | | | **Notice Only** |
| Account No.<br><br>**Stellar Recovery, Inc.**<br>**1327 Highway 2 W, Ste. 100**<br>**Kalispell, MT 59901** | | | | **Representing:**<br>**GE Money Bank / Walmart** | | | | **Notice Only** |
| Account No. **6008892483683534**<br><br>**Gemb/Jcp**<br>**Po Box 984100**<br>**El Paso, TX 79998** | - | | | **Opened 9/19/03 Last Active 3/21/04**<br>**Charge Account** | | | | **0.00** |
| Account No. **3035609**<br><br>**Glenoaks Hospital**<br>**c/o Medical Svcs of Chattanooga Inc**<br>**2810 Walker Road**<br>**Chattanooga, TN 37421** | | J | | **on or about 5/31/2008**<br>**Medical services** | | | | **1,597.44** |

Sheet no. __32__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,597.44**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
         **KATARZYNA BRONICKA**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **12800791** <br><br>**Harvard Collection Services, Inc.** <br>**4839 N. Elston Avenue** <br>**Chicago, IL 60630** | | W | **Opened 9/01/10 Last Active 2/01/10** <br>**Collection on account for and/or acquired** <br>**from Elk Grove Lab Physicians, P.C.** | | | | **29.00** |
| Account No. **DAOOS000** <br><br>**Health Medical Imaging, LLC** <br>**9115 S. Cicero Avenue** <br>**Oak Lawn, IL 60453** | | J | **on or about 2008** <br>**Medical services** | | | | **1,868.75** |
| Account No. **4269-3200-0285-2366** <br><br>**HHB / Ameritech** <br>**PO Box 5253** <br>**Carol Stream, IL 60197** | | J | **on or about 2007 - 2014** <br>**Claim for balance due on credit account** | | | | **1,924.90** |
| Account No. <br><br>**Blatt, Hasenmiller, Leibsker & Moor** <br>**125 S. Wacker Drive, Ste.400** <br>**Chicago, IL 60606** | | | **Representing:** <br>**HHB / Ameritech** | | | | **Notice Only** |
| Account No. <br><br>**Portfolio Recovery & Affiliates** <br>**Portfolio Recovery Associates LLC** <br>**120 Corporate Blvd., Ste. 1** <br>**Norfolk, VA 23502** | | | **Representing:** <br>**HHB / Ameritech** | | | | **Notice Only** |

Sheet no. __33__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **3,822.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**                                                    Case No. _____
        **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Portfolio Recovery Associates, LLC PO Box 12903 Norfolk, VA 23541** | | | **Representing: HHB / Ameritech** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Portfolio Recovery Associates, LLC P.O. Box 12914 Norfolk, VA 23541** | | | **Representing: HHB / Ameritech** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Portfolio Recovery Associates, LLC 120 Corporate Blvd. Norfolk, VA 23502** | | | **Representing: HHB / Ameritech** | | | | **Notice Only** |
| Account No. 5407915008114842 | | - | **Opened  6/29/03  Last Active  2/13/06 Credit account** | | | | |
| **Hsbc Bank Po Box 5253 Carol Stream, IL 60197** | | | | | | | 0.00 |
| Account No. 5408010034716965 | | - | **Opened  7/24/03  Last Active 12/01/08 Charge Account** | | | | |
| **Hsbc Bank Po Box 5253 Carol Stream, IL 60197** | | | | | | | 0.00 |

Sheet no. __34__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**                                     Case No. _____
      **KATARZYNA BRONICKA**

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4269320002852366**<br><br>**HSBC Bank**<br>**PO Box 9**<br>**Buffalo, NY 14240** | | H | **Opened 9/04/07 Last Active 12/01/08**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,924.90** |
| Account No.<br><br>**Portfolio Recovery & Affiliates**<br>**Portfolio Recovery Associates LLC**<br>**120 Corporate Blvd., Ste. 1**<br>**Norfolk, VA 23502** | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |
| Account No.<br><br>**Portfolio Recovery Associates, LLC**<br>**P.O. Box 12914**<br>**Norfolk, VA 23541** | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |
| Account No.<br><br>**Portfolio Recovery Associates, LLC**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |
| Account No.<br><br>**Portfolio Recovery Associates, LLC**<br>**PO Box 12903**<br>**Norfolk, VA 23541** | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |

Sheet no. __35__ of __67__ sheets attached to Schedule of            Subtotal                                        
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)          **1,924.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
         **KATARZYNA BRONICKA**
                                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5408010034716965** **HSBC Bank** **PO Box 9** **Buffalo, NY 14240** | | H | | | Opened  7/24/03  Last Active 12/01/08 **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **2,736.00** |
| Account No. **4269320002852366** **HSBC Bank Nevada, N.A.** **PO Box 5253** **Carol Stream, IL 60197** | | - | | | Opened  9/04/07  Last Active 12/01/08 **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,924.90** |
| Account No. **Portfolio Recovery & Affiliates** **Portfolio Recovery Associates LLC** **120 Corporate Blvd., Ste. 1** **Norfolk, VA 23502** | | | | | Representing: **HSBC Bank Nevada, N.A.** | | | | **Notice Only** |
| Account No. **Portfolio Recovery Associates, LLC** **P.O. Box 12914** **Norfolk, VA 23541** | | | | | Representing: **HSBC Bank Nevada, N.A.** | | | | **Notice Only** |
| Account No. **Portfolio Recovery Associates, LLC** **120 Corporate Blvd.** **Norfolk, VA 23502** | | | | | Representing: **HSBC Bank Nevada, N.A.** | | | | **Notice Only** |

Sheet no. __**36**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **4,660.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**
       **KATARZYNA BRONICKA**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Portfolio Recovery Associates, LLC** <br> **PO Box 12903** <br> **Norfolk, VA 23541** | | | **Representing:** <br> **HSBC Bank Nevada, N.A.** | | | | **Notice Only** |
| Account No. **14443641** <br><br> **Illinois Collection Service Inc.** <br> **8231 185th St., Ste 100** <br> **Tinley Park, IL 60487** | | H | **Opened  9/14/12** <br> **Collection on account for and/or acquired from Illinois Dermatology** | | | | **220.00** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **P.O. Box 1010** <br> **Tinley Park, IL 60477** | | | **Representing:** <br> **Illinois Collection Service Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Collection Service Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454** | | | **Representing:** <br> **Illinois Collection Service Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Dermatology** <br> **Illinois Dermatology Institute LLC** <br> **9711 Skokie Blvd.** <br> **Skokie, IL 60077** | | J | **on or about 2012** <br> **Medical services** | | | | **220.00** |

Sheet no. __37__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**440.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **OSAMA T. DAOUD,** Case No. _____
**KATARZYNA BRONICKA**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Illinois Collection Service Inc. P.O. Box 1010 Tinley Park, IL 60477 | | | Representing: Illinois Dermatology | | | | Notice Only |
| Account No. | | | | | | | |
| Illinois Collection Service Inc. 8231 185th St., Ste 100 Tinley Park, IL 60487 | | | Representing: Illinois Dermatology | | | | Notice Only |
| Account No. | | | | | | | |
| Illinois Collection Service Inc. PO Box 646 Oak Lawn, IL 60454 | | | Representing: Illinois Dermatology | | | | Notice Only |
| Account No. 475076212500673 | | J | on or about 2007 - 2014 Claim for balance due on credit account | | | | |
| Integrity Payment Systems, LLC 1700 Higgins Road, Ste. 690 Des Plaines, IL 60018 | | | | | | | 104.30 |
| Account No. 3088193443003 | | H | Opened 8/06/14 Last Active 5/01/09 Claim for balance due on account for and/or acquired from Santander Consumer USA | | | | |
| Jefferson Capital Systems 16 Mcleland Road Saint Cloud, MN 56303 | | | | | | | 28,320.87 |

Sheet no. __38__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,425.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
**KATARZYNA BRONICKA**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **30000167055551000** <br><br> **Main Street Acquisition Corp.** <br> **PO Box 9201** <br> **Old Bethpage, NY 11804** | | J | | **on or about 2005 - 2014** <br> **Claim for balance due on account for and/or acquired from Citi-Serve Citi Serv Auto Loan** | | | | 28,320.87 |
| Account No. <br><br> **Jefferson Capital Systems** <br> **16 Mcleland Road** <br> **Saint Cloud, MN 56303** | | | | **Representing:** <br> **Main Street Acquisition Corp.** | | | | Notice Only |
| Account No. <br><br> **Main Street Acquisition Corp.** <br> **PO Box 660676** <br> **Dallas, TX 75266** | | | | **Representing:** <br> **Main Street Acquisition Corp.** | | | | Notice Only |
| Account No. <br><br> **Praxis Financial Solutions, Inc.** <br> **7301 N. Lincoln Avenue, Ste. 220** <br> **Lincolnwood, IL 60712** | | | | **Representing:** <br> **Main Street Acquisition Corp.** | | | | Notice Only |
| Account No. **1594813** <br><br> **MBF Leasing LLC** <br> **132 W. 131st Street, 14th Floor** <br> **New York, NY 10001** | | H | | **Opened 10/12/07  Last Active  2/01/08** <br> **Claim for balance due on lease agreement** | | | | 1,705.00 |

Sheet no. __39__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,025.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                      Case No. _____
         **KATARZYNA BRONICKA**
         _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Joseph I. Sussman. P.C.** <br>**Attorney at Law** <br>**132 West 31st Street, Ste. 1320** <br>**New York, NY 10001** | | | **Representing:** <br>**MBF Leasing LLC** | | | | **Notice Only** |
| Account No. <br><br>**MBF Leasing LLC** <br>**16W343 83rd St., Ste. D** <br>**Burr Ridge, IL 60527** | | | **Representing:** <br>**MBF Leasing LLC** | | | | **Notice Only** |
| Account No.  **1595945** <br><br>**MBF Leasing LLC** <br>**132 W. 131st Street, 14th Floor** <br>**New York, NY 10001** | | H | **Opened 10/17/07  Last Active  1/01/08** <br>**Claim for balance due on lease agreement** | | | | **1,184.00** |
| Account No. <br><br>**Joseph I. Sussman. P.C.** <br>**Attorney at Law** <br>**132 West 31st Street, Ste. 1320** <br>**New York, NY 10001** | | | **Representing:** <br>**MBF Leasing LLC** | | | | **Notice Only** |
| Account No. <br><br>**MBF Leasing LLC** <br>**16W343 83rd St., Ste. D** <br>**Burr Ridge, IL 60527** | | | **Representing:** <br>**MBF Leasing LLC** | | | | **Notice Only** |

Sheet no. __**40**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **1,184.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
         **KATARZYNA BRONICKA**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> MBF Leasing LLC <br> 132 W. 131st Street, 14th Floor <br> New York, NY 10001 | | J | on or about 2007 - 2014 <br> Claim for balance due on lease agreement, plus interest and attorney's fees | | | | 2,989.73 |
| Account No. <br><br> Joseph I. Sussman. P.C. <br> Attorney at Law <br> 132 West 31st Street, Ste. 1320 <br> New York, NY 10001 | | | Representing: <br> MBF Leasing LLC | | | | Notice Only |
| Account No. <br><br> MBF Leasing LLC <br> 16W343 83rd St., Ste. D <br> Burr Ridge, IL 60527 | | | Representing: <br> MBF Leasing LLC | | | | Notice Only |
| Account No.  **Index No. 064392/08** <br><br> MBF Leasing LLC <br> 132 W. 131st Street, 14th Floor <br> New York, NY 10001 | | J | on or about 7/2009 <br> Civil judgment entered against Debtor husband for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Civil Court of City of New York, County of New York, Case No. V06439208NY | | | | 1,184.00 |
| Account No. <br><br> Joseph I. Sussman. P.C. <br> Attorney at Law <br> 132 West 31st Street, Ste. 1320 <br> New York, NY 10001 | | | Representing: <br> MBF Leasing LLC | | | | Notice Only |

Sheet no. __41__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,173.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                              Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MBF Leasing LLC** <br> **16W343 83rd St., Ste. D** <br> **Burr Ridge, IL 60527** | | | Representing: <br> **MBF Leasing LLC** | | | | **Notice Only** |
| Account No. **Index No. 064392/08** <br><br> **MBF Leasing LLC** <br> **132 W. 131st Street, 14th Floor** <br> **New York, NY 10001** | | J | **7/30/2009** <br> **Civil judgment entered against Debtor husband for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Civil Court of City of New York, County of New York, Case No. V06439208NY** | | | | **2,024.15** |
| Account No. <br><br> **Joseph I. Sussman. P.C.** <br> **Attorney at Law** <br> **132 West 31st Street, Ste. 1320** <br> **New York, NY 10001** | | | Representing: <br> **MBF Leasing LLC** | | | | **Notice Only** |
| Account No. <br><br> **MBF Leasing LLC** <br> **16W343 83rd St., Ste. D** <br> **Burr Ridge, IL 60527** | | | Representing: <br> **MBF Leasing LLC** | | | | **Notice Only** |
| Account No. **Index No. 064392/08** <br><br> **MBF Leasing LLC** <br> **132 W. 131st Street, 14th Floor** <br> **New York, NY 10001** | | J | **7/30/2009** <br> **Civil judgment entered against Debtor husband for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Civil Court of City of New York, County of New York, Case No. V06439208NY** | | | | **1,781.15** |

Sheet no. __42__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,805.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
         **KATARZYNA BRONICKA**
                                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Joseph I. Sussman. P.C. Attorney at Law 132 West 31st Street, Ste. 1320 New York, NY 10001** | | | **Representing: MBF Leasing LLC** | | | | **Notice Only** |
| Account No.  **MBF Leasing LLC 16W343 83rd St., Ste. D Burr Ridge, IL 60527** | | | **Representing: MBF Leasing LLC** | | | | **Notice Only** |
| Account No.  **MBF Leasing LLC 132 W. 131st Street, 14th Floor New York, NY 10001** | | J | **on or about 2007 - 2014 Claim for balance due on lease agreement, plus interest and attorney's fees** | | | | **2,740.96** |
| Account No.  **Joseph I. Sussman. P.C. Attorney at Law 132 West 31st Street, Ste. 1320 New York, NY 10001** | | | **Representing: MBF Leasing LLC** | | | | **Notice Only** |
| Account No.  **MBF Leasing LLC 16W343 83rd St., Ste. D Burr Ridge, IL 60527** | | | **Representing: MBF Leasing LLC** | | | | **Notice Only** |

Sheet no. __**43**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,740.96**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
      **KATARZYNA BRONICKA**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8102210126**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | - | | **Opened  8/09/10**<br>**Collection on account for and/or acquired from Acute Care Specialists** | | | | **760.00** |
| Account No.<br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Merchants Credit Guide** | | | | **Notice Only** |
| Account No. **8130740357**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | | H | **Opened  3/15/13  Last Active  3/01/10**<br>**Collection on account for and/or acquired from Adventist Glenoaks Hospital** | | | | **2,229.00** |
| Account No.<br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Merchants Credit Guide** | | | | **Notice Only** |
| Account No. **8102210126**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | | H | **Opened  8/09/10**<br>**Collection on account for and/or acquired from Acute Care Specialists** | | | | **760.00** |

Sheet no. __**44**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,749.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**                                          Case No. _____
        **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Merchants Credit Guide** | | | | **Notice Only** |
| Account No. **8100223204**<br><br>**Merchants Credit Guide Company**<br>**223 W. Jackson Blvd., Ste. 4**<br>**Chicago, IL 60606** | - | | | **Opened 1/22/10**<br>**Collection on account for and/or acquired from Adventist Glenoaks Hospital** | | | | **900.00** |
| Account No.<br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Merchants Credit Guide Company** | | | | **Notice Only** |
| Account No. **8083380486**<br><br>**Merchants Credit Guide Company**<br>**223 W. Jackson Blvd., Ste. 4**<br>**Chicago, IL 60606** | - | | | **Opened 12/03/08**<br>**Collection on account for and/or acquired from Acute Care Specialists** | | | | **411.00** |
| Account No.<br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Merchants Credit Guide Company** | | | | **Notice Only** |

Sheet no. __45__ of __67__ sheets attached to Schedule of             Subtotal                1,311.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
         **KATARZYNA BRONICKA**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8083380487**<br><br>**Merchants Credit Guide Company**<br>**223 W. Jackson Blvd., Ste. 4**<br>**Chicago, IL 60606** | - | | **Opened 12/03/08**<br>**Collection on account for and/or acquired**<br>**from Acute Care Specialists** | | | | **120.00** |
| Account No.<br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Merchants Credit Guide Company** | | | | **Notice Only** |
| Account No. **8100223204**<br><br>**Merchants Credit Guide Company**<br>**223 W. Jackson Blvd., Ste. 4**<br>**Chicago, IL 60606** | | H | **Opened  1/22/10**<br>**Collection on account for and/or acquired**<br>**from Adventist Glenoaks Hospital** | | | | **900.00** |
| Account No.<br><br>**Merchants' Credit Guide Company**<br>**223 W. Jackson Blvd., #700**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Merchants Credit Guide Company** | | | | **Notice Only** |
| Account No. **8083380486**<br><br>**Merchants Credit Guide Company**<br>**223 W. Jackson Blvd., Ste. 4**<br>**Chicago, IL 60606** | | H | **Opened 12/03/08**<br>**Collection on account for and/or acquired**<br>**from Acute Care Specialists** | | | | **411.00** |

Sheet no. __46__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,431.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                         Case No. _____
         **KATARZYNA BRONICKA**
         _____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Merchants' Credit Guide Company** <br> **223 W. Jackson Blvd., #700** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Merchants Credit Guide Company** | | | | **Notice Only** |
| Account No. 8083380487 <br><br> **Merchants Credit Guide Company** <br> **223 W. Jackson Blvd., Ste. 4** <br> **Chicago, IL 60606** | | H | **Opened 12/03/08** <br> **Collection on account for and/or acquired from Acute Care Specialists** | | | | **120.00** |
| Account No. <br><br> **Merchants' Credit Guide Company** <br> **223 W. Jackson Blvd., #700** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Merchants Credit Guide Company** | | | | **Notice Only** |
| Account No. 4120614083135041 <br><br> **Merrick Bank** <br> **PO Box 9201** <br> **Old Bethpage, NY 11804** | | H | **Opened 5/01/14 Last Active 6/01/14** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,037.00** |
| Account No. <br><br> **Merrick Bank** <br> **PO Box 30537** <br> **Tampa, FL 33630** | | | **Representing:** <br> **Merrick Bank** | | | | **Notice Only** |

Sheet no. __47__ of __67__ sheets attached to Schedule of           Subtotal                         **1,157.00**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
         **KATARZYNA BRONICKA**
         _____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Merrick Bank** <br> **PO Box 171379** <br> **Salt Lake City, UT 84117** | | | **Representing:** <br> **Merrick Bank** | | | | **Notice Only** |
| Account No. 8531411298 <br><br> **Midland Funding LLC** <br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | - | | **Opened 7/22/09 Last Active 12/01/08** <br> **Claim for balance due on account for and/or acquired from HSBC Bank Nevada N.A.** | | | | **2,851.00** |
| Account No. <br><br> **Blitt and Gaines, P.C.** <br> **661 Glenn Avenue** <br> **Wheeling, IL 60090** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __48__ of __67__ sheets attached to Schedule of                              Subtotal          **2,851.00**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**
        **KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Midland Credit Mgmt., Inc. Department 8870 Los Angeles, CA 90084** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Midland Funding LLC 8875 Aero Drive, Ste. 200 San Diego, CA 92123** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. 8538117905 <br><br>**Midland Funding LLC 8875 Aero Drive, Ste. 200 San Diego, CA 92123** | | H | **Opened 1/04/11 Last Active 10/01/08 Claim for balance due on account for and/or acquired from Chase Bank USA, N.A.** | | | | **7,927.00** |
| Account No. <br><br>**Blitt and Gaines, P.C. 661 Glenn Avenue Wheeling, IL 60090** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __49__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,927.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                              Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Midland Credit Management, Inc.** **8875 Aero Drive** **San Diego, CA 92123** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. **Midland Credit Mgmt., Inc.** **Department 8870** **Los Angeles, CA 90084** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. **Midland Funding LLC** **Midland Credit Management, Inc.** **P.O. Box 60578** **Los Angeles, CA 90060** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. 8531411298 **Midland Funding LLC** **8875 Aero Drive, Ste. 200** **San Diego, CA 92123** | | H | Opened 7/22/09 Last Active 12/01/08 Claim for balance due on account for and/or acquired from Hsbc Bank Nevada N.A. | | | | **3,698.00** |
| Account No. **Blitt and Gaines, P.C.** **661 Glenn Avenue** **Wheeling, IL 60090** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. **50** of **67** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,698.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Midland Credit Mgmt., Inc.**<br>**Department 8870**<br>**Los Angeles, CA 90084** | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. **Case No. 2013-SR-001230** <br><br>**Midland Funding LLC**<br>**8875 Aero Drive, Ste. 200**<br>**San Diego, CA 92123** | | J | **on or about 7/26/2013**<br>**Judgment entered against Debtor husband for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Du Page County, Illinois, Case No. 2013-SR-001230** | | | | **7,094.43** |

| | | |
|---|---|---|
| Sheet no. __51__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **7,094.43** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                    Case No. _____
**KATARZYNA BRONICKA**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Blitt and Gaines, P.C.** **661 Glenn Avenue** **Wheeling, IL 60090** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Management, Inc.** **P.O. Box 60578** **Los Angeles, CA 90060** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Management, Inc.** **8875 Aero Drive** **San Diego, CA 92123** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Mgmt., Inc.** **Department 8870** **Los Angeles, CA 90084** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Funding LLC** **Midland Credit Management, Inc.** **P.O. Box 60578** **Los Angeles, CA 90060** | | | Representing: **Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __**52**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
         **KATARZYNA BRONICKA**                                    Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Case No. 2010-SC-006580** <br><br> **Midland Funding LLC** <br> **8875 Aero Drive, Ste. 200** <br> **San Diego, CA 92123** | | J | | **on or about 12/20/2010** <br> **Judgment entered against Debtor husband for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Du Page County, Illinois, Case No. 2010-SC-006580** | | | | **2,736.00** |
| Account No. <br><br> **Blitt and Gaines, P.C.** <br> **661 Glenn Avenue** <br> **Wheeling, IL 60090** | | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Mgmt., Inc.** <br> **Department 8870** <br> **Los Angeles, CA 90084** | | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __53__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **2,736.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                          Case No. _____
      **KATARZYNA BRONICKA**
_____,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Midland Funding LLC** <br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | | Representing: <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. **7714210237300314** <br><br> **Paragon Way, Inc.** <br> **2101 W. Ben White Blvd.** <br> **Austin, TX 78704** | - | | **Opened 7/22/09** <br> **Collection on account for and/or acquired** <br> **from GE Money Bank / Sam's Club** | | | | **273.87** |
| Account No. <br><br> **Capital Management Services, LP** <br> **726 Exchange Street, Ste. 700** <br> **Buffalo, NY 14210** | | | Representing: <br> **Paragon Way, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Cavalry Portfolio Service** <br> **7 Skyline Drive,  Ste. 3** <br> **Hawthorne, NY 10532** | | | Representing: <br> **Paragon Way, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Cavalry Portfolio Service** <br> **500 Summit Lake Drive** <br> **Valhalla, NY 10595** | | | Representing: <br> **Paragon Way, Inc.** | | | | **Notice Only** |

Sheet no. __54__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                      (Total of this page)       **273.87**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**                                          Case No. _____
        **KATARZYNA BRONICKA**

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **J.C. Christensen & Associates** **P.O. Box 519** **Sauk Rapids, MN 56379** | | | Representing: **Paragon Way, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **LTD Financial Services, L.P.** **7322 Southwest Freeway, Ste. 1600** **Houston, TX 77074** | | | Representing: **Paragon Way, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Pentagroup Financial, LLC** **3065 Union Road** **Orchard Park, NY 14127** | | | Representing: **Paragon Way, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Pentagroup Financial, LLC** **5959 Corporate Drive, Ste. 1400** **Houston, TX 77036** | | | Representing: **Paragon Way, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Precision Recovery Analytics, Inc.** **7500 Rialto Blvd., Bldg 1, Ste. 100** **Austin, TX 78735** | | | Representing: **Paragon Way, Inc.** | | | | **Notice Only** |

Sheet no. __55__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**
     **KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. HSBC -69320002852366<br><br>**Portfolio Recovery & Affiliates**<br>**Portfolio Recovery Associates LLC**<br>**120 Corporate Blvd., Ste. 1**<br>**Norfolk, VA 23502** | - | | | Opened 12/21/09  Last Active 12/01/08<br>Collection on account for and/or acquired<br>from Hsbc Bank Nevada  N.A. | | | | **2,009.00** |
| Account No.<br><br>**Portfolio Recovery Associates, LLC**<br>**P.O. Box 12914**<br>**Norfolk, VA 23541** | | | | Representing:<br>**Portfolio Recovery & Affiliates** | | | | **Notice Only** |
| Account No.<br><br>**Portfolio Recovery Associates, LLC**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | | | Representing:<br>**Portfolio Recovery & Affiliates** | | | | **Notice Only** |
| Account No.<br><br>**Portfolio Recovery Associates, LLC**<br>**PO Box 12903**<br>**Norfolk, VA 23541** | | | | Representing:<br>**Portfolio Recovery & Affiliates** | | | | **Notice Only** |
| Account No. 4269-3200-0285-2366<br><br>**Portfolio Recovery Associates LLC**<br>**Portfolio Recovery & Affiliates**<br>**120 Corporate Blvd., Ste. 1**<br>**Norfolk, VA 23502** | J | | | on or about 2007 - 2014<br>Claim for balance due on account for and/or<br>acquired from HSBC Bank Nevada,  N.A. | | | | **1,993.19** |

Sheet no. __56__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,002.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                      Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Portfolio Recovery Associates, LLC** <br> **P.O. Box 12914** <br> **Norfolk, VA 23541** | | | **Representing:** <br> **Portfolio Recovery Associates LLC** | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates, LLC** <br> **120 Corporate Blvd.** <br> **Norfolk, VA 23502** | | | **Representing:** <br> **Portfolio Recovery Associates LLC** | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates, LLC** <br> **PO Box 12903** <br> **Norfolk, VA 23541** | | | **Representing:** <br> **Portfolio Recovery Associates LLC** | | | | **Notice Only** |
| Account No. **HSBC -6932002852366** <br><br> **Portfolio Recovery Associates, LLC** <br> **120 Corporate Blvd.** <br> **Norfolk, VA 23502** | | H | **Opened 12/21/09  Last Active 12/01/08** <br> **Claim for balance due on account for and/or acquired from HSBC Bank Nevada,  N.A.** | | | | **1,924.90** |
| Account No. <br><br> **Blatt, Hasenmiller, Leibsker & Moor** <br> **125 S. Wacker Drive, Ste.400** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Portfolio Recovery Associates, LLC** | | | | **Notice Only** |

Sheet no. __**57**__ of __**67**__ sheets attached to Schedule of                        Subtotal             **1,924.90**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**                                          Case No. _____
      **KATARZYNA BRONICKA**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W JC | | | | | |
| Account No. <br><br>**Portfolio Recovery & Affiliates**<br>**Portfolio Recovery Associates LLC**<br>**120 Corporate Blvd., Ste. 1**<br>**Norfolk, VA 23502** | | | | **Representing:**<br>**Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No. <br><br>**Portfolio Recovery Associates, LLC**<br>**P.O. Box 12914**<br>**Norfolk, VA 23541** | | | | **Representing:**<br>**Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No. <br><br>**Portfolio Recovery Associates, LLC**<br>**PO Box 12903**<br>**Norfolk, VA 23541** | | | | **Representing:**<br>**Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No. **2594254**<br><br>**Portfolio Recovery Associates, LLC**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | J | | **on or about 2007 - 2014**<br>**Claim for balance due on account for and/or acquired from SBC - Ameritech** | | | | **1,924.90** |
| Account No. <br><br>**Blatt, Hasenmiller, Leibsker & Moor**<br>**125 S. Wacker Drive, Ste.400**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Portfolio Recovery Associates, LLC** | | | | **Notice Only** |

Sheet no. __**58**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,924.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Portfolio Recovery & Affiliates Portfolio Recovery Associates LLC 120 Corporate Blvd., Ste. 1 Norfolk, VA 23502** | | | | Representing: **Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No. **Portfolio Recovery Associates, LLC PO Box 12903 Norfolk, VA 23541** | | | | Representing: **Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No. **Portfolio Recovery Associates, LLC P.O. Box 12914 Norfolk, VA 23541** | | | | Representing: **Portfolio Recovery Associates, LLC** | | | | **Notice Only** |
| Account No. **B9361125** **Precision Recovery Analytics, Inc. 7500 Rialto Blvd., Bldg 1, Ste. 100 Austin, TX 78735** | | J | | **on or about 2005 - 2014 Claim for balance due on account for and/or acquired from GE Money Bank / Sam's Club** | | | | **273.87** |
| Account No. **Capital Management Services, LP 726 Exchange Street, Ste. 700 Buffalo, NY 14210** | | | | Representing: **Precision Recovery Analytics, Inc.** | | | | **Notice Only** |

Sheet no. __**59**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                               **273.87**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**                                                      Case No. _____
        **KATARZYNA BRONICKA**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **J.C. Christensen & Associates P.O. Box 519 Sauk Rapids, MN 56379** | | | | Representing: **Precision Recovery Analytics, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **LTD Financial Services, L.P. 7322 Southwest Freeway, Ste. 1600 Houston, TX 77074** | | | | Representing: **Precision Recovery Analytics, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Paragon Way Inc. 2101 W. Ben White Blvd. Austin, TX 78704** | | | | Representing: **Precision Recovery Analytics, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Pentagroup Financial, LLC 5959 Corporate Drive, Ste. 1400 Houston, TX 77036** | | | | Representing: **Precision Recovery Analytics, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Pentagroup Financial, LLC 3065 Union Road Orchard Park, NY 14127** | | | | Representing: **Precision Recovery Analytics, Inc.** | | | | **Notice Only** |

Sheet no. __60__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                      Case No. _____
         **KATARZYNA BRONICKA**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Redline Recovery Services, LLC** <br>**11675 Rainwater Drive, Ste. 350** <br>**Alpharetta, GA 30009** | | | Representing: <br>**Precision Recovery Analytics, Inc.** | | | | **Notice Only** |
| Account No. 630070039 <br><br>**Real Time Resolutions, Inc.** <br>**1349 Empire Central Drive, Ste. 150** <br>**Dallas, TX 75247** | | J | on or about 2012 - 2014 <br>**Claim for balance due on second mortgage / home equity line of credit** | | | | **Unknown** |
| Account No. <br><br>**Real Time Resolutions, Inc.** <br>**1750 Regal Row, Ste. N** <br>**Dallas, TX 75235** | | | Representing: <br>**Real Time Resolutions, Inc.** | | | | **Notice Only** |
| Account No. 30000167055551000 <br><br>**Santander Consumer USA** <br>**PO Box 961245** <br>**Ft. Worth, TX 76161** | | H | on or about 2007 - 2012 <br>**Claim and/or charge off for balance due on credit account** | | | | **28,320.87** |
| Account No. <br><br>**Jefferson Capital Systems** <br>**16 Mcleland Road** <br>**Saint Cloud, MN 56303** | | | Representing: <br>**Santander Consumer USA** | | | | **Notice Only** |

Sheet no. __61__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **28,320.87**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OSAMA T. DAOUD,**
       **KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Santander Consumer USA 8585 N Stemmons Fwy Ste Dallas, TX 75247 | | | Representing: Santander Consumer USA | | | | Notice Only |
| Account No. | | | | | | | |
| Santander Consumer USA Attn: Bankruptcy Dept. P.O. Box 560284 Dallas, TX 75356 | | | Representing: Santander Consumer USA | | | | Notice Only |
| Account No. | | | | | | | |
| Santander Consumer USA P.O. Box 660633 Dallas, TX 75266 | | | Representing: Santander Consumer USA | | | | Notice Only |
| Account No. | | | | | | | |
| Scarlato & Sons 2791 Washington Blvd. Bellwood, IL 60104 | | | Representing: Santander Consumer USA | | | | Notice Only |
| Account No. 479535565 | | J | on or about 2007 - 2010 Claim for balance due on telephone service account | | | | |
| Sprint PO Box 4191 Carol Stream, IL 60197 | | | | | | | 270.42 |

Sheet no. __62__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

270.42

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                        Case No. _____
         **KATARZYNA BRONICKA**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Diversified Adjustment Service, Inc** **PO Box 32145** **Fridley, MN 55432** | | | | **Representing:** **Sprint** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sprint** **c/o Afni, Inc.** **PO Box 3517** **Bloomington, IL 61702** | | | | **Representing:** **Sprint** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sprint** **6200 Sprint Parkway** **Overland Park, KS 66251** | | | | **Representing:** **Sprint** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sprint** **PO Box 660075** **Dallas, TX 75266** | | | | **Representing:** **Sprint** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sprint** **Sprint Customer Service** **PO Box 8077** **London, KY 40742** | | | | **Representing:** **Sprint** | | | | **Notice Only** |

Sheet no. __63__ of __67__ sheets attached to Schedule of                    Subtotal                     
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Sprint c/o I. C. Systems, Inc. P.O. Box 64378 Saint Paul, MN 55164 | | | | Representing: Sprint | | | | Notice Only |
| Account No. | | | | | | | | |
| Sprint PO Box 3827 Englewood, CO 80155 | | | | Representing: Sprint | | | | Notice Only |
| Account No. 6032203480885655 | | | | Claim for balance due on account for and/or acquired from GE Money Bank / Wal-Mart | | | | |
| Stellar Recovery Inc. 1327 U.S. Highway 2, West Suite 100 Kalispell, MT 59901 | | J | | | | | | 720.57 |
| Account No. | | | | | | | | |
| Greystone Alliance LLC PO Box 1810 Buffalo, NY 14240 | | | | Representing: Stellar Recovery Inc. | | | | Notice Only |
| Account No. | | | | | | | | |
| Greystone Alliance LLC 33 Dodge Road, Ste. 106 Getzville, NY 14068 | | | | Representing: Stellar Recovery Inc. | | | | Notice Only |

Sheet no. __64__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

720.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**
**KATARZYNA BRONICKA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stellar Recovery Inc.** <br> **1845 U.S. Highway 93 S, #310** <br> **Kalispell, MT 59901** | | | **Representing:** <br> **Stellar Recovery Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Stellar Recovery, Inc.** <br> **1845 US Hwy South, Ste. 310** <br> **Kalispell, MT 59901** | | | **Representing:** <br> **Stellar Recovery Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Stellar Recovery, Inc.** <br> **1327 Highway 2 W, Ste. 100** <br> **Kalispell, MT 59901** | | | **Representing:** <br> **Stellar Recovery Inc.** | | | | **Notice Only** |
| Account No. **76-12858037** <br><br> **Suburban Radiologists, SC** <br> **120 N. Oak Street** <br> **Hinsdale, IL 60521** | | J | **on or about 2010 - 2014** <br> **Medical services** | | | | **330.00** |
| Account No. <br><br> **Dependon Collection Service, Inc.** <br> **Attn:  Tommy Markie Bruno** <br> **120 W. 22nd Street** <br> **Oak Brook, IL 60523** | | | **Representing:** <br> **Suburban Radiologists, SC** | | | | **Notice Only** |

Sheet no. __65__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**330.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **OSAMA T. DAOUD,**
     **KATARZYNA BRONICKA**
                                                   ,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dependon Collection Service, Inc.** <br> **P.O. Box 4833** <br> **Oak Brook, IL 60522** | | | **Representing:** <br> **Suburban Radiologists, SC** | | | | **Notice Only** |
| Account No. <br><br> **Suburban Radiologists, SC** <br> **1446 Momentum Place** <br> **Chicago, IL 60689** | | | **Representing:** <br> **Suburban Radiologists, SC** | | | | **Notice Only** |
| Account No. **5256500500046551** <br><br> **Thd/Cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | W | | **Opened 8/10/06** <br> **Credit Card** | | | | **0.00** |
| Account No. **4185-8662-2463-3670** <br><br> **WaMu / Washington Mutual Bank** <br> **JPMorgan Chase Bank, N.A.** <br> **7255 Baymeadows Way** <br> **Jacksonville, FL 32256** | J | | **Opened 5/16/05 Last Active 12/01/12** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,053.89** |
| Account No. <br><br> **United Collection Bureau, Inc.** <br> **5620 Southwyck Blvd., Ste. 206** <br> **Toledo, OH 43614** | | | **Representing:** <br> **WaMu / Washington Mutual Bank** | | | | **Notice Only** |

Sheet no. __66__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,053.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OSAMA T. DAOUD,**                                                    Case No. _____
         **KATARZYNA BRONICKA**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **United Collection Bureau, Inc. PO Box 140310 Toledo, OH 43614** | | | Representing: **WaMu / Washington Mutual Bank** | | | | **Notice Only** |
| Account No. **Washington Mutual PO Box 9001123 Louisville, KY 40290** | | | Representing: **WaMu / Washington Mutual Bank** | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __67__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
| | Total (Report on Summary of Schedules) | **261,897.08** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re **OSAMA T. DAOUD,**           Case No. _____
    **KATARZYNA BRONICKA**

_____,
            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **OSAMA T. DAOUD,**                                                     Case No. _____
**KATARZYNA BRONICKA**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **OSAMA T. DAOUD** |
| Debtor 2 (Spouse, if filing) | **KATARZYNA BRONICKA** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

‾MM‾/‾DD‾/‾YYYY‾

Official Form B 6I

## Schedule I: Your Income                                                       12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**     **Describe Employment**

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| | Occupation | **delivery driver / messenger** | |
| | Employer's name | **self-employed** | |
| | Employer's address | **2105 Brittany Ct<br>Glendale Heights, IL 60139** | |
| | How long employed there? | **3 months** | |

**Part 2:**     **Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1   **OSAMA T. DAOUD**
Debtor 2   **KATARZYNA BRONICKA**

Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 2,083.33   $ 0.00

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:   SNAP (food stamps) benefits   8f.   $ 364.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h. **Other monthly income.** Specify:   8h.+   $ 0.00 +   $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 2,447.33   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 2,447.33 + $ 0.00 = $ 2,447.33
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 2,447.33
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1        **OSAMA T. DAOUD**

Debtor 2        **KATARZYNA BRONICKA**
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                              12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    ■ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and    ■ Yes.   Fill out this information for
    Debtor 2.                             each dependent...........

    Do not state the
    dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Daughter | 4 years | ☐ No  ■ Yes |
| | Daughter | 6 years | ☐ No  ■ Yes |
| | Daughter | 1 1/2 years | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **852.58**

    **If not included in line 4:**

    4a.  Real estate taxes                                          4a. $ **0.00**
    4b.  Property, homeowner's, or renter's insurance              4b. $ **0.00**
    4c.  Home maintenance, repair, and upkeep expenses            4c. $ **0.00**
    4d.  Homeowner's association or condominium dues              4d. $ **0.00**

5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $ **330.00**

Debtor 1    **OSAMA T. DAOUD**
Debtor 2    **KATARZYNA BRONICKA**                                Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 105.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 110.00 |
| | 6d. | Other. Specify: Cable TV & internet service | 6d. $ | 130.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 120.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 150.00 |
| 10. | **Personal care products and services** | | 10. $ | 60.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 3.75 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 76.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 2,987.33 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 2,447.33 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 2,987.33 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | -540.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **OSAMA T. DAOUD**
**KATARZYNA BRONICKA**

Debtor(s)

Case No. _____

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **88** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 31, 2014**       Signature  **/s/ OSAMA T. DAOUD**

**OSAMA T. DAOUD**
Debtor

Date  **December 31, 2014**       Signature  **/s/ KATARZYNA BRONICKA**

**KATARZYNA BRONICKA**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **OSAMA T. DAOUD**
**KATARZYNA BRONICKA**

                                                Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$24,518.00** | **2013: Debtor Employment Income** |
| **$21,682.00** | **2012: Both Employment Income** |
| **$25,000.00** | **2014 YTD: Husband Employment Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ☐

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ocwen Loan Servicing LLC** **12650 Ingenuity Drive** **Orlando, FL 32826** | **October, November & December, 2014 (regular monthly first mortgage payments)** | **$2,557.74** | **$117,892.00** |

**None** ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One Bank (USA), N.A. vs. Katarzyna Bronicka** **Case No. 2014 SR 000832** | **Debtor wife is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of the Eighteenth Judicial Circuit, Du Page County, Illinois** | **Ex-parte default judgment entered against Debtor on or about June 9, 2014.** |

[*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midland Funding LLC vs. Osama Daoud Case No. 2013 SR 001230** | **Debtor husband is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of the Eighteenth Judicial Circuit, Du Page County, Illinois** | **Ex-parte default judgment entered against Debtor on or about July 26, 2013.** |
| **Midland Funding LLC vs. Osama Daoud Case No. 2010 SC 006580** | **Debtor husband is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of the Eighteenth Judicial Circuit, Du Page County, Illinois** | **Ex-parte default judgment entered against Debtor on or about December 20, 2010.** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

---

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno** <br> **1807 N. Broadway** <br> **Melrose Park, IL 60160** | **11/19/2010, 7/11/2013, 7/12/2014** | **$1,500.00 has been paid to date for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

---

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **BMO Harris Bank 1335 W. Lake Street Addison, IL 60101** | **Checking account closed with approximate -$78.00 negative balance.** | **on or about October, 2014** |
| **BMO Harris Bank 1335 W. Lake Street Addison, IL 60101** | **Savings account closed with zero balance.** | **on or about October, 2014** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B7 (Official Form 7) (04/13)
7

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 31, 2014**            Signature    **/s/ OSAMA T. DAOUD**
                                                    **OSAMA T. DAOUD**
                                                    Debtor

Date  **December 31, 2014**            Signature    **/s/ KATARZYNA BRONICKA**
                                                    **KATARZYNA BRONICKA**
                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **OSAMA T. DAOUD**
**KATARZYNA BRONICKA**

Debtor(s)

Case No.

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Citi Mortgage Inc** | **Two bedroom single-family house located at 2105 Brittany Ct., Glendale Heights IL 60139** |

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain __Debtors will attempt to modify loan terms__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt        ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Ocwen Loan Servicing LLC** | **Two bedroom single-family house located at 2105 Brittany Ct., Glendale Heights IL 60139** |

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain __Debtor will retain collateral and continue to make regular payments.__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Real Time Resolutions, Inc.** | **Describe Property Securing Debt:**<br>**Two bedroom single-family house located at 2105 Brittany Ct., Glendale Heights IL 60139** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Debtors will attempt to modify loan terms**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **December 31, 2014**                    Signature   **/s/ OSAMA T. DAOUD**
                                                                          **OSAMA T. DAOUD**
                                                                          Debtor

Date   **December 31, 2014**                    Signature   **/s/ KATARZYNA BRONICKA**
                                                                          **KATARZYNA BRONICKA**
                                                                          Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **OSAMA T. DAOUD**
**KATARZYNA BRONICKA**

Case No. _____

Debtor(s)

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,665.00 |
| Prior to the filing of this statement I have received | $ | 1,165.00 |
| Balance Due | $ | 500.00 |

2.  $ **335.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **December 31, 2014**

**/s/ Gregory D. Bruno**
**Gregory D. Bruno**
**Law Offices of Gregory D. Bruno**
**1807 N. Broadway**
**Melrose Park, IL 60160**
**(708) 343-4544  Fax: (708) 343-4670**

---

## AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

## FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY

This Agreement is made this _14th_ day of _AUGUST_, _2014_, by and between _OSAMA T. DAOUD_ (and _KATARZYNA BRONICKA_), hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices of GREGORY D. BRUNO, hereinafter referred to as the "Attorney," for legal services to be rendered by the Attorney on behalf of the Client in contemplation of or in connection with a chapter 7 bankruptcy case.

Client and Attorney agree that the minimum fee to be paid by Client to the Attorney for such legal services shall be $ _2,000.00_, which does/does not include the bankruptcy filing fee of $306.00, and which does/does not include a credit report fee of $ _76.00_. In this regard, Client agrees to deposit $ _1,000.00_ of the minimum fee as a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to pay the balance of the minimum fee within _2 MONTHS_ thereafter. (Attorney hereby acknowledges receipt of the sum of $ _1,000.00_ from Client on _8/14/2014_.

In return for the above-disclosed minimum fee, Attorney hereby agrees to render legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit counseling briefing.

1

(4) Assemble the information and data necessary to prepare the chapter 7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7) Filing chapter 7 petitions, schedules, statements and other forms with the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8) If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9) Attending the meeting of creditors with the person filing bankruptcy and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11) If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client hereby acknowledges and agrees that the minimum fee stated in this Agreement may not be sufficient to pay and/or reimburse the Attorney for all of his attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

Client also acknowledges and agrees that this Agreement does NOT cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorney proposes to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the Client intends to make a present payment to the Attorney in exchange for the commitment to provide legal services in the future. Ownership of this retainer passes to

the Attorney immediately upon payment, and shall be deposited in the general office fund account of the Attorney and not in a client trust account, and shall be withdrawn by the Attorney at his sole discretion.  While the Client has the option to have such monetary payment placed into a "security retainer" and the choice of the type of retainer to be used is the Client's alone, the Supreme Court has found that the use of an "advance retainer agreement" would be appropriate when a client is facing bankruptcy, a collection action or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient funds out of the reach of seizure in order to hire legal counsel, thereby being advantageous to the client  Your signature on this Agreement shall acknowledge and confirm your acceptance and approval of the use of an "advance payment retainer" by the Attorney.

**The undersigned hereby acknowledges that he or she has read and does accept the foregoing Agreement.**

Signed: _____  Dated: 8/14/2013

Signed: _____  Dated: 8/14/2013

Signed: _____  Dated: 8/14/2013

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Form B 201A, Notice to Consumer Debtor(s)                                                                                                    Page 2

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **OSAMA T. DAOUD**
**KATARZYNA BRONICKA**
_____    Case No. _____

Debtor(s)    Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**OSAMA T. DAOUD**
**KATARZYNA BRONICKA**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ OSAMA T. DAOUD**    **December 31, 2014**
Signature of Debtor    Date

X   **/s/ KATARZYNA BRONICKA**    **December 31, 2014**
Signature of Joint Debtor (if any)    Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **OSAMA T. DAOUD**
**KATARZYNA BRONICKA**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **356**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **December 31, 2014**  
_____

**/s/ OSAMA T. DAOUD**
_____
**OSAMA T. DAOUD**
Signature of Debtor

Date:  **December 31, 2014**  
_____

**/s/ KATARZYNA BRONICKA**
_____
**KATARZYNA BRONICKA**
Signature of Debtor

.

1st Family Dental of Arlington Hts
1235 N. Rand Road
Arlington Heights, IL 60004


Acute Care Specialists II, Ltd.
701 Winthrop Avenue
Glendale Heights, IL 60139


Acute Care Specialists II, Ltd.
701 Winthrop Avenue
Glendale Heights, IL 60139


Acute Care Specialists II, Ltd.
701 Winthrop Avenue
Glendale Heights, IL 60139


Acute Care Specialists II, Ltd.
701 Winthrop Avenue
Glendale Heights, IL 60139


Acute Care Specialists II, Ltd.
701 Winthrop Avenue
Glendale Heights, IL 60139


Acute Care Specialists II, Ltd.
701 Winthrop Avenue
Glendale Heights, IL 60139


Acute Care Specialists II, Ltd.
701 Winthrop Avenue
Glendale Heights, IL 60139


Acute Care Specialists II, Ltd.
PO Box 366
Hinsdale, IL 60522


Acute Care Specialists II, Ltd.
75 Remittance Drive, Ste. 1583
Chicago, IL 60675


Acute Care Specialists II, Ltd.
PO Box 366
Hinsdale, IL 60522

Acute Care Specialists II, Ltd.
75 Remittance Drive, Ste. 1583
Chicago, IL 60675


Acute Care Specialists II, Ltd.
PO Box 366
Hinsdale, IL 60522


Acute Care Specialists II, Ltd.
75 Remittance Drive, Ste. 1583
Chicago, IL 60675


Acute Care Specialists II, Ltd.
PO Box 366
Hinsdale, IL 60522


Acute Care Specialists II, Ltd.
75 Remittance Drive, Ste. 1583
Chicago, IL 60675


Acute Care Specialists II, Ltd.
PO Box 366
Hinsdale, IL 60522


Acute Care Specialists II, Ltd.
75 Remittance Drive, Ste. 1583
Chicago, IL 60675


Acute Care Specialists II, Ltd.
PO Box 366
Hinsdale, IL 60522


Acute Care Specialists II, Ltd.
75 Remittance Drive, Ste. 1583
Chicago, IL 60675


Acute Care Specialists II, Ltd.
PO Box 366
Hinsdale, IL 60522


Acute Care Specialists II, Ltd.
75 Remittance Drive, Ste. 1583
Chicago, IL 60675

Adventist GlenOaks Hospital
701 Winthrop Avenue
Glendale Heights, IL 60139


Adventist GlenOaks Hospital
701 Winthrop Avenue
Glendale Heights, IL 60139


Adventist GlenOaks Hospital
701 Winthrop Avenue
Glendale Heights, IL 60139


Adventist GlenOaks Hospital
701 Winthrop Avenue
Glendale Heights, IL 60139


Adventist GlenOaks Hospital
33850 Treasury Center
Chicago, IL 60694


Adventist GlenOaks Hospital
75 Remittance Drive, Ste. 3125
Chicago, IL 60675


Adventist GlenOaks Hospital
33850 Treasury Center
Chicago, IL 60694


Adventist GlenOaks Hospital
75 Remittance Drive, Ste. 3125
Chicago, IL 60675


Adventist GlenOaks Hospital
33850 Treasury Center
Chicago, IL 60694


Adventist GlenOaks Hospital
75 Remittance Drive, Ste. 3125
Chicago, IL 60675


Adventist GlenOaks Hospital
33850 Treasury Center
Chicago, IL 60694

Adventist GlenOaks Hospital
75 Remittance Drive, Ste. 3125
Chicago, IL 60675


Alliant Law Group, P.C.
PO Box 468569
Atlanta, GA 31146


American Coradius International LLC
2420 Sweet Home Road, Ste. 150
Amherst, NY 14228


ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046


ARS National Services, Inc.
P.O. Box 469047
Escondido, CA 92046


ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046


ARS National Services, Inc.
P.O. Box 469047
Escondido, CA 92046


AT&T
32 Avenue of the Americas
New York, NY 10013


AT&T
32 Avenue of the Americas
New York, NY 10013


AT&T
PO Box 5080
Carol Stream, IL 60197


AT&T
Payment Processing Center - 27
PO Box 55126
Boston, MA 02205

AT&T
PO Box 5080
Carol Stream, IL 60197


AT&T
Payment Processing Center - 27
PO Box 55126
Boston, MA 02205


AT&T Mobility
PO Box 6416
Carol Stream, IL 60197


AT&T Mobility
c/o Afni, Inc.
P.O. Box 3427
Bloomington, IL 61702


AT&T Mobility
c/o CBCS
PO Box 2589
Columbus, OH 43216


Bank of America
PO Box 15311
Wilmington, DE 19884


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


BMO Harris Bank
1335 W. Lake Street
Addison, IL 60101


Cap One
Po Box 5253
Carol Stream, IL 60197


Cap One Na
Po Box 26625
Richmond, VA 23261


Cap One Na
Po Box 26625
Richmond, VA 23261


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital One Bank (USA), N.A.
PO Box 85520
Richmond, VA 23285

Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Cavalry Investments, LLC
7 Skyline Drive, 3rd Floor
Hawthorne, NY 10532


Cavalry Portfolio Service
7 Skyline Drive, Ste. 3
Hawthorne, NY 10532


Cavalry Portfolio Service
500 Summit Lake Drive
Valhalla, NY 10595


Cavalry Portfolio Service
7 Skyline Drive, Ste. 3
Hawthorne, NY 10532


Cavalry Portfolio Service
500 Summit Lake Drive
Valhalla, NY 10595


Cavalry Portfolio Service
500 Summit Lake Drive
Valhalla, NY 10595


Cavalry Portfolio Services, LLC
Cavalry SPV II, LLC
PO Box 27288
Tempe, AZ 85285


Cavalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85285


Cavalry SPV II, LLC
c/o Cavalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85285

Cavalry SPV II, LLC
c/o Cavalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85285


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 24696
Columbus, OH 43224


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
Attn: Bankruptcy Dept.
P.O. Box 15298
Wilmington, DE 19850


Citi / Citibank, N.A.
Citi MasterCard
PO Box 6241
Sioux Falls, SD 57117


Citi Auto
2208 Highway 121 Ste 100
Bedford, TX 76021


Citi Auto
2208 Highway 121 Ste 100
Bedford, TX 76021

Citi Mortgage Inc
Citibank, N.A.
PO Box 9438
Gaithersburg, MD 20898


Citi-Serv Auto Loan
c/o Santander Consumer USA
PO Box 961245
Ft. Worth, TX 76161


City of Chicago
Department of Revenue
PO Box 88292
Chicago, IL 60680


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Com Bk Lemont
1229 State Street
Lemont, IL 60439


Credit One Bank N.A.
PO Box 98875
Las Vegas, NV 89193


Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901


Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901


Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901


Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901

```
Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901


Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901


Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901


Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901


Creditors Collection Bureau, Inc.
PO Box 63
151 N. Schuyler Avenue
Kankakee, IL 60901


Dependon Collection Service, Inc.
P.O. Box 4833
Oak Brook, IL 60522


Dependon Collection Service, Inc.
Attn: Tommy Markie Bruno
120 W. 22nd Street
Oak Brook, IL 60523


Dependon Collection Service, Inc.
P.O. Box 4833
Oak Brook, IL 60522


Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508


Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508
```

Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508


Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508


Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508


Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508


Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508


Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508


Diversified Adjustment Service, Inc
PO Box 32145
Fridley, MN 55432


Elk Grove Lab Physicians, P.C.
800 Biesterfield Road
Elk Grove Village, IL 60007


Elk Grove Lab Physicians, P.C.
PO Box 77-9154
Dept. 77-9154
Chicago, IL 60678


Estate Information Services, LLC
d/b/a EIS Collections
PO Box 1730
Reynoldsburg, OH 43068


First Data Global Leasing
PO Box 173845
Denver, CO 80217

FMS, Inc.
PO Box 707601
Tulsa, OK 74170


Freedman Anselmo Lindberg LLC
1807 W. Diehl Road, Ste. 333
P.O. Box 3228
Naperville, IL 60566


Freedman Anselmo Lindberg LLC
1771 W. Diehl Road, Ste. 150
PO Box 3228
Naperville, IL 60566


Freedman Anselmo Lindberg LLC
1807 W. Diehl Road, Ste. 333
P.O. Box 3228
Naperville, IL 60566


Freedman Anselmo Lindberg LLC
1771 W. Diehl Road, Ste. 150
PO Box 3228
Naperville, IL 60566


Frontline Asset Strategies, LLC
1935 West County Road, B2
Suite 425
Roseville, MN 55113


GE Money Bank / Sam's Club
PO Box 981400
El Paso, TX 79998


GE Money Bank / Walmart
PO Box 981400
El Paso, TX 79998


Gemb/Jcp
Po Box 984100
El Paso, TX 79998


Glenoaks Hospital
c/o Medical Svcs of Chattanooga Inc
2810 Walker Road
Chattanooga, TN 37421

Greystone Alliance LLC
PO Box 1810
Buffalo, NY 14240


Greystone Alliance LLC
33 Dodge Road, Ste. 106
Getzville, NY 14068


Greystone Alliance LLC
PO Box 1810
Buffalo, NY 14240


Greystone Alliance LLC
33 Dodge Road, Ste. 106
Getzville, NY 14068


Harvard Collection Services, Inc.
4839 N. Elston Avenue
Chicago, IL 60630


Harvard Collection Services, Inc.
4839 N. Elston Avenue
Chicago, IL 60630


Health Medical Imaging, LLC
9115 S. Cicero Avenue
Oak Lawn, IL 60453


HHB / Ameritech
PO Box 5253
Carol Stream, IL 60197


Homeward Residential
1525 S Belt Line Rd
Coppell, TX 75019


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

HSBC Bank
PO Box 9
Buffalo, NY 14240


HSBC Bank
PO Box 9
Buffalo, NY 14240


HSBC Bank Nevada, N.A.
PO Box 5253
Carol Stream, IL 60197


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Illinois Collection Service Inc.
PO Box 646
Oak Lawn, IL 60454


Illinois Dermatology
Illinois Dermatology Institute LLC
9711 Skokie Blvd.
Skokie, IL 60077


Integrity Payment Systems, LLC
1700 Higgins Road, Ste. 690
Des Plaines, IL 60018

J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


Jefferson Capital Systems
16 Mcleland Road
Saint Cloud, MN 56303


Jefferson Capital Systems
16 Mcleland Road
Saint Cloud, MN 56303


Jefferson Capital Systems
16 Mcleland Road
Saint Cloud, MN 56303


Jefferson Capital Systems
16 Mcleland Road
Saint Cloud, MN 56303


Joseph I. Sussman. P.C.
Attorney at Law
132 West 31st Street, Ste. 1320
New York, NY 10001


Joseph I. Sussman. P.C.
Attorney at Law
132 West 31st Street, Ste. 1320
New York, NY 10001


Joseph I. Sussman. P.C.
Attorney at Law
132 West 31st Street, Ste. 1320
New York, NY 10001


Joseph I. Sussman. P.C.
Attorney at Law
132 West 31st Street, Ste. 1320
New York, NY 10001

Joseph I. Sussman. P.C.
Attorney at Law
132 West 31st Street, Ste. 1320
New York, NY 10001


Joseph I. Sussman. P.C.
Attorney at Law
132 West 31st Street, Ste. 1320
New York, NY 10001


Joseph I. Sussman. P.C.
Attorney at Law
132 West 31st Street, Ste. 1320
New York, NY 10001


Law Offices of Neil J. Greene, LLC
250 Parkway Drive, Ste. 280
Lincolnshire, IL 60069


Law Offices of Neil J. Greene, LLC
250 Parkway Drive, Ste. 280
Lincolnshire, IL 60069


Law Offices of Neil J. Greene, LLC
250 Parkway Drive, Ste. 280
Lincolnshire, IL 60069


Law Offices of Neil J. Greene, LLC
250 Parkway Drive, Ste. 280
Lincolnshire, IL 60069


Linebarger Goggan Blair & Simpson
PO Box 06268
Chicago, IL 60606


Linebarger Goggan Blair & Simpson
PO Box 06152
Chicago, IL 60606


LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074

LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


Main Street Acquisition Corp.
PO Box 9201
Old Bethpage, NY 11804


Main Street Acquisition Corp.
PO Box 660676
Dallas, TX 75266


Mazda Amer Cr
9009 Caruthers Pkwy
Franklin, TN 37067


Mazda Amer Cr
9009 Caruthers Pkwy
Franklin, TN 37067


MBF Leasing LLC
132 W. 131st Street, 14th Floor
New York, NY 10001


MBF Leasing LLC
132 W. 131st Street, 14th Floor
New York, NY 10001


MBF Leasing LLC
132 W. 131st Street, 14th Floor
New York, NY 10001


MBF Leasing LLC
132 W. 131st Street, 14th Floor
New York, NY 10001

MBF Leasing LLC
132 W. 131st Street, 14th Floor
New York, NY 10001


MBF Leasing LLC
132 W. 131st Street, 14th Floor
New York, NY 10001


MBF Leasing LLC
132 W. 131st Street, 14th Floor
New York, NY 10001


MBF Leasing LLC
16W343 83rd St., Ste. D
Burr Ridge, IL 60527


MBF Leasing LLC
16W343 83rd St., Ste. D
Burr Ridge, IL 60527


MBF Leasing LLC
16W343 83rd St., Ste. D
Burr Ridge, IL 60527


MBF Leasing LLC
16W343 83rd St., Ste. D
Burr Ridge, IL 60527


MBF Leasing LLC
16W343 83rd St., Ste. D
Burr Ridge, IL 60527


MBF Leasing LLC
16W343 83rd St., Ste. D
Burr Ridge, IL 60527


MBF Leasing LLC
16W343 83rd St., Ste. D
Burr Ridge, IL 60527


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

Medical Services of Chattanooga Inc
2810 Walker Road
Chattanooga, TN 37421

Medical Services of Chattanooga Inc
2810 Walker Road
Chattanooga, TN 37421

Medical Services of Chattanooga Inc
2810 Walker Road
Chattanooga, TN 37421

Medical Services of Chattanooga Inc
2810 Walker Road
Chattanooga, TN 37421

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606

```
Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606


Merchants Credit Guide Company
223 W. Jackson Blvd., Ste. 4
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606


Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606
```

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merchants' Credit Guide Company
223 W. Jackson Blvd., #700
Chicago, IL 60606

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804


Merrick Bank
PO Box 30537
Tampa, FL 33630


Merrick Bank
PO Box 171379
Salt Lake City, UT 84117


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123

Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084

Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084

Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084

Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084

Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084

Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123

Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123

Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123

Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123

Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123

Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

MRS Associates of New Jersey
MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003

NCC Business Services, Inc.
9428 Baymeadows Road, Ste. 200
Jacksonville, FL 32256

NCC Business Services, Inc.
PO Box 23758
Jacksonville, FL 32241

Ocwen Loan Servicing LLC
12650 Ingenuity Drive
Orlando, FL 32826

Ocwen Loan Servicing LLC
3451 Hammond Ave
Waterloo, IA 50702


Paragon Way Inc.
2101 W. Ben White Blvd.
Austin, TX 78704


Paragon Way Inc.
2101 W. Ben White Blvd.
Austin, TX 78704


Paragon Way, Inc.
2101 W. Ben White Blvd.
Austin, TX 78704


Pentagroup Financial, LLC
3065 Union Road
Orchard Park, NY 14127


Pentagroup Financial, LLC
3065 Union Road
Orchard Park, NY 14127


Pentagroup Financial, LLC
5959 Corporate Drive, Ste. 1400
Houston, TX 77036


Pentagroup Financial, LLC
5959 Corporate Drive, Ste. 1400
Houston, TX 77036


Pentagroup Financial, LLC
3065 Union Road
Orchard Park, NY 14127


Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

```
Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery Associates LLC
Portfolio Recovery & Affiliates
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541
```

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
PO Box 12903
Norfolk, VA 23541


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Praxis Financial Solutions, Inc.
7301 N. Lincoln Avenue, Ste. 220
Lincolnwood, IL 60712


Praxis Financial Solutions, Inc.
7301 N. Lincoln Avenue, Ste. 220
Lincolnwood, IL 60712


Precision Recovery Analytics, Inc.
7500 Rialto Blvd., Bldg 1, Ste. 100
Austin, TX 78735


Precision Recovery Analytics, Inc.
7500 Rialto Blvd., Bldg 1, Ste. 100
Austin, TX 78735


Precision Recovery Analytics, Inc.
7500 Rialto Blvd., Bldg 1, Ste. 100
Austin, TX 78735


Real Time Resolutions, Inc.
1349 Empire Central Drive, Ste. 150
Dallas, TX 75247

Real Time Resolutions, Inc.
1349 Empire Central Drive, Ste. 150
Dallas, TX 75247

Real Time Resolutions, Inc.
1750 Regal Row, Ste. N
Dallas, TX 75235

Real Time Resolutions, Inc.
1349 Empire Central Drive, Ste. 150
Dallas, TX 75247

Real Time Resolutions, Inc.
1750 Regal Row, Ste. N
Dallas, TX 75235

Real Time Resolutions, Inc.
1750 Regal Row, Ste. N
Dallas, TX 75235

Redline Recovery Services, LLC
11675 Rainwater Drive, Ste. 350
Alpharetta, GA 30009

Redline Recovery Services, LLC
11675 Rainwater Drive, Ste. 350
Alpharetta, GA 30009

Robert R. Mucci
Attorney at Law
PO Box 190
West Chicago, IL 60186

Santander Consumer USA
8585 N Stemmons Fwy Ste
Dallas, TX 75247

Santander Consumer USA
PO Box 961245
Ft Worth, TX 76161

Santander Consumer USA
PO Box 961245
Ft. Worth, TX 76161

Santander Consumer USA
8585 N Stemmons Fwy Ste
Dallas, TX 75247


Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356


Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266


Santander Consumer USA
8585 N Stemmons Fwy Ste
Dallas, TX 75247


Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX 75356


Santander Consumer USA
PO Box 105255
Atlanta, GA 30348


Scarlato & Sons
2791 Washington Blvd.
Bellwood, IL 60104


Sprint
PO Box 4191
Carol Stream, IL 60197


Sprint
c/o Afni, Inc.
PO Box 3517
Bloomington, IL 61702


Sprint
6200 Sprint Parkway
Overland Park, KS 66251

Sprint
PO Box 660075
Dallas, TX 75266


Sprint
Sprint Customer Service
PO Box 8077
London, KY 40742


Sprint
c/o I. C. Systems, Inc.
P.O. Box 64378
Saint Paul, MN 55164


Sprint
PO Box 3827
Englewood, CO 80155


Stellar Recovery Inc.
1327 U.S. Highway 2, West
Suite 100
Kalispell, MT 59901


Stellar Recovery Inc.
1327 U.S. Highway 2, West
Suite 100
Kalispell, MT 59901


Stellar Recovery Inc.
1845 U.S. Highway 93 S, #310
Kalispell, MT 59901


Stellar Recovery Inc.
1845 U.S. Highway 93 S, #310
Kalispell, MT 59901


Stellar Recovery, Inc.
1845 US Hwy South, Ste. 310
Kalispell, MT 59901


Stellar Recovery, Inc.
1327 Highway 2 W, Ste. 100
Kalispell, MT 59901

Stellar Recovery, Inc.
1845 US Hwy South, Ste. 310
Kalispell, MT 59901


Stellar Recovery, Inc.
1327 Highway 2 W, Ste. 100
Kalispell, MT 59901


Suburban Radiologists, SC
120 N. Oak Street
Hinsdale, IL 60521


Suburban Radiologists, SC
1446 Momentum Place
Chicago, IL 60689


Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY 11735


Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117


United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Collection Bureau, Inc.
PO Box 140310
Toledo, OH 43614


United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Collection Bureau, Inc.
PO Box 140310
Toledo, OH 43614


United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272

United Recovery Systems, LP
P.O. Box 722910
Houston, TX 77272

United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272

United Recovery Systems, LP
P.O. Box 722910
Houston, TX 77272

WaMu / Washington Mutual Bank
JPMorgan Chase Bank, N.A.
7255 Baymeadows Way
Jacksonville, FL 32256

Washington Mutual
PO Box 9001123
Louisville, KY 40290